# United States Bankruptcy Court
## Western District of Washington

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Dickerson, Demetrius Bertrand Sr.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-1122** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5516 33rd Ave S**<br>**Seattle, WA**<br>ZIP Code **98118** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Dickerson, Demetrius Bertrand Sr.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br><b>X  /s/ Andrew Gebelt</b>                              <b>February 12, 2012</b><br>Signature of Attorney for Debtor(s)                 (Date)<br><b>Andrew Gebelt 32235</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Dickerson, Demetrius Bertrand Sr.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Demetrius Bertrand Dickerson, Sr.**
Signature of Debtor **Demetrius Bertrand Dickerson, Sr.**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**February 12, 2012**
Date

**Signature of Attorney***

X **/s/ Andrew Gebelt**
Signature of Attorney for Debtor(s)

**Andrew Gebelt 32235**
Printed Name of Attorney for Debtor(s)

**Law Office of Andrew Gebelt**
Firm Name

**6134 NE 203rd St.**
**Kenmore, WA 98028**

_____
Address

**(425) 398-2778**
Telephone Number

**February 12, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of Washington

In re **Demetrius Bertrand Dickerson, Sr.** _____  Case No. _____

Debtor(s)          Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]_

&#9633; Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

&#9633; Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

&#9633; Active military duty in a military combat zone.

&#9633; 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Demetrius Bertrand Dickerson, Sr.**

**Demetrius Bertrand Dickerson, Sr.**

Date: **February 12, 2012**

# United States Bankruptcy Court

## Western District of Washington

In re    **Demetrius Bertrand Dickerson, Sr.**                    ,      Case No. _____

                                            Debtor

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 33,709.06 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,259.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 17,414.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 26,869.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 6 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,755.35 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,723.00 |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 33,709.06 | | |
| Total Liabilities | | | | 49,542.63 | |

# United States Bankruptcy Court
## Western District of Washington

In re    **Demetrius Bertrand Dickerson, Sr.**                 ,     Case No. _____

                                        Debtor

Chapter            **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **16,892.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **522.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | **0.00** |
| Student Loan Obligations (from Schedule F) | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **17,414.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | **5,755.35** |
| Average Expenses (from Schedule J, Line 18) | **5,723.00** |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | **7,726.13** |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | **4,459.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | **4,762.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | **12,652.00** |
| 4. Total from Schedule F | **26,869.63** | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | **43,980.63** |

In re   **Demetrius Bertrand Dickerson, Sr.**       ,     Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | (Report also on Summary of Schedules) | | |

__0__  continuation sheets attached to the Schedule of Real Property

In re __Demetrius Bertrand Dickerson, Sr._____,  Case No. _____

_____Debtor_____

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | **C** | **3,000.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking and savings Wells Fargo Bank** | **C** | **100.00** |
| | | **minor daughter's checking and savings Wells Fargo** | **C** | **100.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **usual and ordinary household goods and furnishings** | **C** | **3,000.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **men's clothing, womens clothing, children's clothing** | **C** | **1,500.00** |
| 7. Furs and jewelry. | | **misc. jewelry** | **C** | **1,000.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **8,700.00**
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

Case 12-11284-MLB    Doc 1    Filed 02/12/12    Ent. 02/12/12 16:18:26    Pg. 9 of 70

In re    **Demetrius Bertrand Dickerson, Sr.**          ,      Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | pers 3--estimate | C | 8,000.00 |
| | | 403 b--estimate | C | 10,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | non-filing spouse's possible 2011 income tax refund | C | 4,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|  | Sub-Total > | 22,000.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2002 Dodge Caravan blown transmission, leaking radiator, broken ignition, | C | 800.00 |
| | | 1976 Pontiac LeMans--unrestored, rust, does not run | C | 1,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | garnished | - | 709.06 |

|  |  |
|---|---|
| Sub-Total > | 3,009.06 |
| (Total of this page) | |
| Total > | 33,709.06 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re **Demetrius Bertrand Dickerson, Sr.** ,  Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| cash | 11 U.S.C. § 522(d)(5) | 3,000.00 | 3,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking and savings Wells Fargo Bank | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| minor daughter's checking and savings Wells Fargo | 11 U.S.C. § 522(d)(5) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| usual and ordinary household goods and furnishings | 11 U.S.C. § 522(d)(3) | 3,000.00 | 3,000.00 |
| **Wearing Apparel** | | | |
| men's clothing, women's clothing, children's clothing | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| **Furs and Jewelry** | | | |
| misc. jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| pers 3--estimate | 11 U.S.C. § 522(d)(10)(E) | 8,000.00 | 8,000.00 |
| 403 b--estimate | 11 U.S.C. § 522(d)(12) | 10,000.00 | 10,000.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| non-filing spouse's possible 2011 income tax refund | 11 U.S.C. § 522(d)(5) | 4,000.00 | 4,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Dodge Caravan blown transmission, leaking radiator, broken ignition, | 11 U.S.C. § 522(d)(5) | 0.00 | 800.00 |
| 1976 Pontiac LeMans--unrestored, rust, does not run | 11 U.S.C. § 522(d)(5) | 1,500.00 | 1,500.00 |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| garnished | 11 U.S.C. § 522(d)(5) | 709.06 | 709.06 |

| | Total: | 32,909.06 | 33,709.06 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0343**<br><br>**United Auto Credit Co**<br>**PO Box 9945**<br>**Newport Beach, CA 92658** | X | C | Opened 6/30/11 Last Active 12/01/11<br><br>**Purchase Money Security**<br><br>**2002 Dodge Caravan blown transmission, leaking radiator, broken ignition,** | | | | | |
| | | | Value $ 800.00 | | | | 5,259.00 | 4,459.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0** continuation sheets attached | Subtotal<br>(Total of this page) | 5,259.00 | 4,459.00 |
| | Total<br>(Report on Summary of Schedules) | 5,259.00 | 4,459.00 |

.

In re  **Demetrius Bertrand Dickerson, Sr.**                                      Case No. _____
_____,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2**____ continuation sheets attached

In re    **Demetrius Bertrand Dickerson, Sr.**        ,    Case No. _____

                               Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx0397** <br><br> **Dshs/Dcs Tacoma** <br> **Po Box 11520** <br> **Tacoma, WA 98411** | | H | Opened 10/21/93  Last Active 12/09/11 | | | | 15,252.00 | 12,652.00 | 2,600.00 |
| Account No. **xxx9928** <br><br> **Dshs/Dcs Tacoma** <br> **Po Box 11520** <br> **Tacoma, WA 98411** | | H | Opened  8/28/95  Last Active 12/09/11 | | | | 1,640.00 | 0.00 | 1,640.00 |
| Account No. **xxx-xx-1122** <br><br> **Tanika Smith** <br> **4617 E. 131st St.** <br> **Apartment 108** <br> **Cleveland, OH 44110** | | - | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 12,652.00 |
| (Total of this page) | 16,892.00 | 4,240.00 |

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx9639**<br><br>Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 | X | H | Opened 8/19/10<br><br>Collection Seattle | | | | 174.00 | 0.00<br><br>174.00 |
| Account No. **xxxx4147**<br><br>Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 | X | C | Opened 1/13/11<br><br>Collection Seattle | | | | 75.00 | 0.00<br><br>75.00 |
| Account No. **xxxx1437**<br><br>Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 | X | C | Opened 6/30/11<br><br>Collection Seattle | | | | 75.00 | 0.00<br><br>75.00 |
| Account No. **xxxx0313**<br><br>Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 | X | C | Opened 11/17/11<br><br>Collection Seattle | | | | 75.00 | 0.00<br><br>75.00 |
| Account No. **xxx2630**<br><br>Nco Financial Srvs Inc<br>2920 Prospect Park Dr St<br>Rancho Cordova, CA 95670 | X | H | Opened 2/03/09<br><br>Collection Pierce County Distri | | | | 123.00 | 0.00<br><br>123.00 |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 522.00 | 522.00 |
| Total | 12,652.00 | |
| (Report on Summary of Schedules) | 17,414.00 | 4,762.00 |

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx2351** <br><br> **Accelerated Collection Service** <br> **1125 Harvey Rd** <br> **Auburn, WA 98002** | X | - | | 2011 <br> medical bill | | | | 511.51 |
| Account No. **xxx7071** <br><br> **Ais Services Llc** <br> **8996 Miramar Rd Ste 220** <br> **San Diego, CA 92126** | X | C | | Opened 6/23/08 <br> Collection Ais Services Llc | | | | 663.00 |
| Account No. **xxxx3701** <br><br> **Allianceone Inc** <br> **6565 Kimball Dr** <br> **Gig Harbor, WA 98335** | X | C | | Opened 4/15/09 <br> Collection Highline Community C | | | | 256.00 |
| Account No. **xxxx7086** <br><br> **ARSTRAT** <br> **A Division of Patient Acctg** <br> **20819 72nd Ave S** <br> **Suite 305** <br> **Kent, WA 98032** | X | - | | 2011 <br> medical bill | | | | 591.95 |
| __13__ continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | 2,022.46 |

In re __Demetrius Bertrand Dickerson, Sr._____,  Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | medical bill | | | | |
| Associated Emerg. Physicians PO Box 24584 Seattle, WA 98124 | X | C | | | | | | 0.00 |
| Account No. | | | | | | | | |
| AT&T Mobility PO Box 30459 Los Angeles, CA 90030-0459 | X | C | | | | | | 0.00 |
| Account No. xx2114 | | | | Opened 8/03/06 Collection Plastic Reconstruc | | | | |
| Audit & Adjustment Com 19401 40th Ave W Ste 312 Lynnwood, WA 98036 | X | H | | | | | | 1,338.00 |
| Account No. xxxx7633 | | | | Opened 3/28/08 Last Active 12/01/05 Collection Sprint Pcs | | | | |
| Cavalry Portfolio Serv 7 Skyline Dr Ste 3 Hawthorne, NY 10532 | X | H | | | | | | 918.00 |
| Account No. xxxx0835 | | | | Opened 1/10/11 Last Active 12/01/10 Collection Ds Waters Of America | | | | |
| Cba Collection Bureau America 25954 Eden Landing Rd Hayward, CA 94545 | X | C | | | | | | 424.00 |

Sheet no. __1___ of __13__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)        2,680.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re __Demetrius Bertrand Dickerson, Sr._____ ,  Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx1015**<br><br>Comcast<br>9602 S. 300W<br>Sandy, UT 84070 | X | C | | 12/2011<br>cable | | | | 115.49 |
| Account No. **xx7670**<br><br>Elliott Bay Adjustment<br>10740 Meridian Ave N Ste<br>Seattle, WA 98133 | X | C | | Opened 11/08/11 Last Active 11/10/11<br>Collection Seattle Ob Gyn | | | | 1,329.00 |
| Account No. **xx3516**<br><br>Elliott Bay Adjustment<br>10740 Meridian Ave N Ste<br>Seattle, WA 98133 | X | C | | Opened 7/29/08<br>Collection Pro-Tow | | | | 855.00 |
| Account No.<br><br>Emergency Physicians<br>PO Box 96208<br>Oklahoma City, OK 73143 | X | C | | medical bill | | | | 0.00 |
| Account No. **xxxx8677**<br><br>Enhanced Recovery Co<br>10550 Deerwood Park Blvd  Suite 600<br>Jacksonville, FL 32256 | X | C | | Opened 5/01/11 Last Active 11/01/09<br>Collection Comcast Cable C | | | | 739.00 |

Sheet no. __2___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,038.49

In re __Demetrius Bertrand Dickerson, Sr._____,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx4786**<br><br>Enhanced Recovery Co<br>10550 Deerwood Park Blvd<br>Blvd Suite 600<br>Jacksonville, FL 32256 | X | C | Opened 3/01/11 Last Active 5/01/08<br>Collection Comcast Cable C | | | | 135.00 |
| Account No. **xxxx9903**<br><br>Eos Cca<br>700 Longwater Dr<br>Norwell, MA 02061 | X | - | 2011<br>telephone | | | | 2,688.71 |
| Account No. **xxxx2626**<br><br>Escallate Llc<br>5200 Stoneham Rd<br>North Canton, OH 44720 | X | H | Opened 7/26/10 Last Active 3/01/10<br>Collection Epmg/Methodist Hosp | | | | 80.00 |
| Account No. **xxx3059**<br><br>Evergreen Professional<br>12100 Ne 195th St Ste 18<br>Bothell, WA 98011 | X | H | Opened 3/13/06 Last Active 11/01/05<br>Collection Valley Anesthesia As | | | | 420.00 |
| Account No. **xxxx-xxxx-xxxx-6229**<br><br>First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | X | C | Opened 9/02/09 Last Active 1/01/10<br>ChargeAccount | | | | 454.00 |

Sheet no. __3___ of __13___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | 3,777.71

In re **Demetrius Bertrand Dickerson, Sr.** ,                     Case No. _____

_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0756** <br><br> **First Premier Bank** <br> **601 S Minnesota Ave** <br> **Sioux Falls, SD 57104** | X | C | Opened 2/03/09 Last Active 6/01/09 <br> ChargeAccount | | | | 447.00 |
| Account No. **xxxxx1115** <br><br> **Grant & Weber** <br> **26575 West Agoura Road** <br> **Calabasas, CA 91302** | X | C | Opened 11/17/10 <br> Collection Mercy Methodist Hosp | | | | 298.00 |
| Account No. **xxxxxxx5001** <br><br> **I.C. Systems, Inc.** <br> **P.O. Box 64378** <br> **St Paul, MN 55164** | X | C | Opened 4/01/10 Last Active 3/01/09 <br> Collection Puget Sound Ene | | | | 1,414.00 |
| Account No. <br><br> **Key Bank** <br> **PO Box 94620** <br> **Cleveland, OH 44101-4620** | X | C | bank fees | | | | 0.00 |
| Account No. <br><br> **King County Library System** <br> **960 Newport Way** <br> **Issaquah, WA 98027** | X | C | books | | | | 0.00 |

Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,159.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re  **Demetrius Bertrand Dickerson, Sr.** ,          Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx6308**<br><br>**LCA Collections**<br>**PO Box 8008**<br>**Burlington, NC 27216** | X | - | | **2011**<br>**medical bill** | | | | 26.84 |
| Account No.<br><br>**McCarthy Finance**<br>**dba Checkmasters**<br>**PO Box 2034**<br>**Lynnwood, WA 98036-2034** | X | C | | **payday loan** | | | | 0.00 |
| Account No. **xxx6942**<br><br>**Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** | X | C | | **Opened 3/01/11 Last Active 1/01/10**<br>**Collection Physicians Anesthesia** | | | | 280.00 |
| Account No. **xxx5223**<br><br>**Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** | X | C | | **Opened 6/01/09 Last Active 12/01/08**<br>**collection Valley Radiolog** | | | | 207.00 |
| Account No. **xxx2349**<br><br>**Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** | X | C | | **Opened 6/01/11 Last Active 4/01/11**<br>**Collection Physicians Anesthesia** | | | | 151.00 |

Sheet no. __5__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **664.84**

In re   **Demetrius Bertrand Dickerson, Sr.**                  ,        Case No. _____

                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx1917** <br><br> **Merchants Credit** <br> **2245 152nd Ne** <br> **Redmond, WA 98052-5519** | X | H | **Opened 4/01/06 Last Active 11/01/05** <br> **collection Valley Radiolog** | | | | 48.00 |
| Account No. **xxx4505** <br><br> **Merchants Credit** <br> **2245 152nd Ne** <br> **Redmond, WA 98052-5519** | X | C | **Opened 11/01/09 Last Active 7/01/08** <br> **collection Seattle Radiology** | | | | 39.00 |
| Account No. **xxx6376** <br><br> **Merchants Credit Association** <br> **PO Box 7416** <br> **Bellevue, WA 98008** | X | C | **Opened 4/01/09 Last Active 12/01/08** <br> **medical bill collection Valley Medical** | | | | 3,615.00 |
| Account No. **xx6726** <br><br> **Merchants Credit Association** <br> **PO Box 7416** <br> **Bellevue, WA 98008** | X | C | **Opened 10/01/06 Last Active 6/01/06** <br> **medical bill collection Valley Medical** | | | | 972.00 |
| Account No. <br><br> **Mercy Methodist Hospital** <br> **7500 Hospital Drive** <br> **Sacramento, CA 95823** | X | C | **medical bill** | | | | 0.00 |

Sheet no. __6__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal <br> (Total of this page)     4,674.00

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx5209** <br><br> **National Credit Servic** <br> **17704 134th Ave Ne** <br> **Woodinville, WA 98072** | X | C | Opened 4/23/07 Last Active 4/01/07 <br> Collection Check Masters - Kent | | | | 120.00 |
| Account No. **xx5372** <br><br> **National Credit Service** <br> **17704 134th Ave Ne** <br> **Woodinville, WA 98072** | X | C | Opened 4/23/07 Last Active 4/01/07 <br> Collection Check Masters - Kent | | | | 640.00 |
| Account No. **xx6902** <br><br> **National Credit Service** <br> **17704 134th Ave Ne** <br> **Woodinville, WA 98072** | X | C | Opened 8/10/07 Last Active 8/01/07 <br> Collection Express Financial Ce | | | | 238.00 |
| Account No. **xxxxx5225** <br><br> **Nco Fin/99** <br> **Po Box 15636** <br> **Wilmington, DE 19850** | X | H | Opened 7/05/11 Last Active 2/01/11 <br> Collection At T | | | | 305.00 |
| Account No. **xxxxxxxxxxx4614** <br><br> **Neighborcare Health** <br> **PO Box 3835** <br> **Seattle, WA 98124-3835** | X | - | 2011 <br> medical bill | | | | 50.00 |

Sheet no. __7__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **1,353.00**

In re __Demetrius Bertrand Dickerson, Sr._____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx49N1**<br><br>**Olympic Collection I**<br>**16040 Christensen Rd Ste 214**<br>**Tukwila, WA 98188** | X | H | **Opened 7/01/11 Last Active 9/01/10**<br>**collection Comfort Family** | | | | **709.00** |
| Account No. **xxxx2745**<br><br>**Pacific Medical Centers**<br>**PO Box 24386**<br>**Seattle, WA 98124** | X | - | **11/2011**<br>**medical bill** | | | | **293.79** |
| Account No. **xxxx7728**<br><br>**Pacific Medical Centers**<br>**PO Box 149**<br>**Tracy, CA 95378** | X | - | **2011**<br>**medical bill** | | | | **20.85** |
| Account No. **xxx2939**<br><br>**Pacific Vascular**<br>**11714 North Creek Prkwy**<br>**#100**<br>**Bothell, WA 98011-8250** | X | - | **2011**<br>**medical bill** | | | | **7.70** |
| Account No.<br><br>**Physicians Anesthesia Serv**<br>**1229 Madison**<br>**Suite 1440**<br>**Seattle, WA 98104** | X | C | **medical bill** | | | | **0.00** |

Sheet no. __8___ of __13___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **1,031.34**

In re **Demetrius Bertrand Dickerson, Sr.** ,   Case No. _____

                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx1056**<br><br>**Physicians Anesthesia Serv**<br>**1229 Madison**<br>**Suite 1440**<br>**Seattle, WA 98104** | X | - | 2011<br>medical bill | | | | 143.30 |
| Account No.<br><br>**Pro Tow**<br>**420 H ST NW**<br>**Auburn, WA 98001** | X | C | tow bill | | | | 0.00 |
| Account No. **xxxx1336**<br><br>**Professional Credit Se**<br>**400 International Way**<br>**Springfield, OR 97477** | X | H | Opened 10/20/10<br>Collection King County-Chs Publ | | | | 25.00 |
| Account No.<br><br>**Puget Sound Energy**<br>**PO Box 91269**<br>**Bellevue, WA 98009-9269** | X | C | utility bills | | | | 0.00 |
| Account No. **xxxxxx1496**<br><br>**Quest Diagnostics**<br>**PO Box 740783**<br>**Cincinnati, OH 45274** | X | - | 2011<br>medical bill | | | | 19.44 |

Sheet no. __9__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **187.74**

In re   **Demetrius Bertrand Dickerson, Sr.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7153** | | | Opened 10/11/06 Collection Med1 Associated Emer | | | | |
| Renton Collections Po Box 272 Renton, WA 98057 | X | C | | | | | |
| | | | | | | | 298.00 |
| Account No. **xxx0589** | | | Opened 1/04/06 Collection Med1 Associated Emer | | | | |
| Rentoncoll Po Box 272 Renton, WA 98057 | X | H | | | | | |
| | | | | | | | 202.00 |
| Account No. **xxx7114** | | | Opened 2/09/06 Collection Med1 Associated Emer | | | | |
| Rentoncoll Po Box 272 Renton, WA 98057 | X | H | | | | | |
| | | | | | | | 199.00 |
| Account No. **xxxxxxxxx2082** | | | Opened 8/31/11 Collection Keybank N.A. Checki | | | | |
| Rjm Acq Llc 575 Underhill Blvd Ste 2 Syosset, NY 11791 | X | H | | | | | |
| | | | | | | | 89.00 |
| Account No. **xxxxxx9042** | | | 2011 medical bill | | | | |
| Seattle Emgcy Phys Svcs, Inc PO Box 749741 Los Angeles, CA 90074-9741 | X | - | | | | | |
| | | | | | | | 562.00 |

Sheet no. __10__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,350.00**

In re  **Demetrius Bertrand Dickerson, Sr.** ,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Seattle OBGYN**<br>**1101 Madison Street**<br>**Suite 950**<br>**Seattle, WA 98104** | X | C | **medical bill** | | | | 0.00 |
| Account No.<br><br>**Seattle Radiologists**<br>**PO Box 509097**<br>**San Diego, CA 92150-9097** | X | C | **medical bill** | | | | 0.00 |
| Account No.<br><br>**Sprint PCS**<br>**6360 Sprint Parkway**<br>**KSOPHE 0306-3B574**<br>**Overland Park, KS 66251** | X | C | **telephone bill** | | | | 0.00 |
| Account No. **xxx2781**<br><br>**Stellar Rec**<br>**1845 Us Hwy 93 Sou Suite 310**<br>**Kalispell, MT 59901** | X | C | **Opened 3/01/11 Last Active 2/01/11**<br>**comcast** | | | | 523.00 |
| Account No. **xxx-xx-1122**<br><br>**Sunset Auto**<br>**2020 Auburn Way North**<br>**Auburn, WA 98002** | X | - | **2011**<br>**down payment** | | | | 700.00 |

Sheet no. __11__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,223.00**

In re __Demetrius Bertrand Dickerson, Sr._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx2771**<br><br>**Swedish Medical Center**<br>**MAILSTOP: 23362674**<br>**PO Box 660064**<br>**Dallas, TX 75266-0064** | X | - | 2011<br>medical bill | | | | 1,098.28 |
| Account No. **xxx8498**<br><br>**Swedish Medical Center**<br>**MAILSTOP: 37268915**<br>**PO Box 660249**<br>**Dallas, TX 75266-0249** | X | - | 2011<br>medical bill | | | | 1,507.77 |
| Account No.<br><br>**Valley Anesthesia Assoc**<br>**PO Box 84571**<br>**Seattle, WA 98124-5871** | X | C | medical bill | | | | 0.00 |
| Account No.<br><br>**Valley Medical Center**<br>**PO Box 50010**<br>**Renton, WA 98058** | X | C | medical bill | | | | 0.00 |
| Account No.<br><br>**Verizon Wireless**<br>**10734 International Drive**<br>**Rancho Cordova, CA 95670-7359** | X | C | telephone bill | | | | 0.00 |

Sheet no. __12__ of __13__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,606.05

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx3212** <br><br> **Walgreen Specialty Pharmacy** <br> **15358 Collect Ct. Dr.** <br> **Chicago, IL 60693** | X | - | | 2011 <br> medical bill | | | | 45.00 |
| Account No. **xxxxxxx3563** <br><br> **West Bay Acquisitions** <br> **1540 Pontiac Ave Ste A** <br> **Cranston, RI 02920** | X | C | | Opened 6/17/11 <br> Collection One Spirit | | | | 57.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __13__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | 102.00 |
| Total <br> (Report on Summary of Schedules) | | 26,869.63 |

In re    **Demetrius Bertrand Dickerson, Sr.**        ,    Case No. _____

                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

.

In re **Demetrius Bertrand Dickerson, Sr.** , Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | United Auto Credit Co<br>PO Box 9945<br>Newport Beach, CA 92658 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Nco Financial Srvs Inc<br>2920 Prospect Park Dr St<br>Rancho Cordova, CA 95670 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Accelerated Collection Service<br>1125 Harvey Rd<br>Auburn, WA 98002 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Ais Services Llc<br>8996 Miramar Rd Ste 220<br>San Diego, CA 92126 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Allianceone Inc<br>6565 Kimball Dr<br>Gig Harbor, WA 98335 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | ARSTRAT<br>A Division of Patient Acctg<br>20819 72nd Ave S<br>Suite 305<br>Kent, WA 98032 |
| Shirley Jerine Dickerson<br>5516 33rd Ave S<br>Seattle, WA 98118 | Associated Emerg. Physicians<br>PO Box 24584<br>Seattle, WA 98124 |

**5**
____ continuation sheets attached to Schedule of Codebtors

In re __Demetrius Bertrand Dickerson, Sr._____,    Case No. _____

                                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **AT&T Mobility**<br>**PO Box 30459**<br>**Los Angeles, CA 90030-0459** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Audit & Adjustment Com**<br>**19401 40th Ave W Ste 312**<br>**Lynnwood, WA 98036** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Cavalry Portfolio Serv**<br>**7 Skyline Dr Ste 3**<br>**Hawthorne, NY 10532** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Cba Collection Bureau America**<br>**25954 Eden Landing Rd**<br>**Hayward, CA 94545** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Comcast**<br>**9602 S. 300W**<br>**Sandy, UT 84070** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Elliott Bay Adjustment**<br>**10740 Meridian Ave N Ste**<br>**Seattle, WA 98133** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Elliott Bay Adjustment**<br>**10740 Meridian Ave N Ste**<br>**Seattle, WA 98133** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Emergency Physicians**<br>**PO Box 96208**<br>**Oklahoma City, OK 73143** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Enhanced Recovery Co**<br>**10550 Deerwood Park**<br>**Blvd  Suite 600**<br>**Jacksonville, FL 32256** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Enhanced Recovery Co**<br>**10550 Deerwood Park Blvd**<br>**Blvd  Suite 600**<br>**Jacksonville, FL 32256** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Eos Cca**<br>**700 Longwater Dr**<br>**Norwell, MA 02061** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Escallate Llc**<br>**5200 Stoneham Rd**<br>**North Canton, OH 44720** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Evergreen Professional**<br>**12100 Ne 195th St Ste 18**<br>**Bothell, WA 98011** |

Sheet __1__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Demetrius Bertrand Dickerson, Sr.**                ,    Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Grant & Weber**<br>**26575 West Agoura Road**<br>**Calabasas, CA 91302** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **I.C. Systems, Inc.**<br>**P.O. Box 64378**<br>**St Paul, MN 55164** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Key Bank**<br>**PO Box 94620**<br>**Cleveland, OH 44101-4620** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **King County Library System**<br>**960 Newport Way**<br>**Issaquah, WA 98027** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **LCA Collections**<br>**PO Box 8008**<br>**Burlington, NC 27216** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **McCarthy Finance**<br>**dba Checkmasters**<br>**PO Box 2034**<br>**Lynnwood, WA 98036-2034** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | Merchants Credit<br>2245 152nd Ne<br>Redmond, WA 98052-5519 |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Merchants Credit**<br>**2245 152nd Ne**<br>**Redmond, WA 98052-5519** |

Sheet  **2**  of  **5**  continuation sheets attached to the Schedule of Codebtors

In re __Demetrius Bertrand Dickerson, Sr.__ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Merchants Credit Association**<br>**PO Box 7416**<br>**Bellevue, WA 98008** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Merchants Credit Association**<br>**PO Box 7416**<br>**Bellevue, WA 98008** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Mercy Methodist Hospital**<br>**7500 Hospital Drive**<br>**Sacramento, CA 95823** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **National Credit Servic**<br>**17704 134th Ave Ne**<br>**Woodinville, WA 98072** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **National Credit Service**<br>**17704 134th Ave Ne**<br>**Woodinville, WA 98072** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **National Credit Service**<br>**17704 134th Ave Ne**<br>**Woodinville, WA 98072** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Nco Fin/99**<br>**Po Box 15636**<br>**Wilmington, DE 19850** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Neighborcare Health**<br>**PO Box 3835**<br>**Seattle, WA 98124-3835** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Olympic Collection I**<br>**16040 Christensen Rd Ste 214**<br>**Tukwila, WA 98188** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Pacific Medical Centers**<br>**PO Box 24386**<br>**Seattle, WA 98124** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Pacific Medical Centers**<br>**PO Box 149**<br>**Tracy, CA 95378** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Pacific Vascular**<br>**11714 North Creek Prkwy**<br>**#100**<br>**Bothell, WA 98011-8250** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Physicians Anesthesia Serv**<br>**1229 Madison**<br>**Suite 1440**<br>**Seattle, WA 98104** |

Sheet __3__ of __5__ continuation sheets attached to the Schedule of Codebtors

In re     **Demetrius Bertrand Dickerson, Sr.**              ,     Case No. _____

                                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Physicians Anesthesia Serv**<br>**1229 Madison**<br>**Suite 1440**<br>**Seattle, WA 98104** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Pro Tow**<br>**420 H ST NW**<br>**Auburn, WA 98001** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Professional Credit Se**<br>**400 International Way**<br>**Springfield, OR 97477** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Puget Sound Energy**<br>**PO Box 91269**<br>**Bellevue, WA 98009-9269** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Quest Diagnostics**<br>**PO Box 740783**<br>**Cincinnati, OH 45274** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Renton Collections**<br>**Po Box 272**<br>**Renton, WA 98057** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Rentoncoll**<br>**Po Box 272**<br>**Renton, WA 98057** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Rentoncoll**<br>**Po Box 272**<br>**Renton, WA 98057** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Rjm Acq Llc**<br>**575 Underhill Blvd Ste 2**<br>**Syosset, NY 11791** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Seattle Emgcy Phys Svcs, Inc**<br>**PO Box 749741**<br>**Los Angeles, CA 90074-9741** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Seattle OBGYN**<br>**1101 Madison Street**<br>**Suite 950**<br>**Seattle, WA 98104** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Seattle Radiologists**<br>**PO Box 509097**<br>**San Diego, CA 92150-9097** |

Sheet __4__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

In re __Demetrius Bertrand Dickerson, Sr.__ ,     Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Sprint PCS**<br>**6360 Sprint Parkway**<br>**KSOPHE 0306-3B574**<br>**Overland Park, KS 66251** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Stellar Rec**<br>**1845 Us Hwy 93 Sou Suite 310**<br>**Kalispell, MT 59901** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Sunset Auto**<br>**2020 Auburn Way North**<br>**Auburn, WA 98002** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Swedish Medical Center**<br>**MAILSTOP: 23362674**<br>**PO Box 660064**<br>**Dallas, TX 75266-0064** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Swedish Medical Center**<br>**MAILSTOP: 37268915**<br>**PO Box 660249**<br>**Dallas, TX 75266-0249** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Valley Anesthesia Assoc**<br>**PO Box 84571**<br>**Seattle, WA 98124-5871** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Valley Medical Center**<br>**PO Box 50010**<br>**Renton, WA 98058** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Verizon Wireless**<br>**10734 International Drive**<br>**Rancho Cordova, CA 95670-7359** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **Walgreen Specialty Pharmacy**<br>**15358 Collect Ct. Dr.**<br>**Chicago, IL 60693** |
| **Shirley Jerine Dickerson**<br>**5516 33rd Ave S**<br>**Seattle, WA 98118** | **West Bay Acquisitions**<br>**1540 Pontiac Ave Ste A**<br>**Cranston, RI 02920** |

Sheet __5__ of __5__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

In re  **Demetrius Bertrand Dickerson, Sr.**                    Case No. _____

                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Daughter**<br>**Daughter**<br>**Son**<br>**Daughter** | AGE(S):<br>**1**<br>**11**<br>**16**<br>**2**<br>**4** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **transit custodian** | **collections** |
| Name of Employer | **King County** | **Pacific Medical Centers** |
| How long employed | **4.5 years** | **4 years** |
| Address of Employer | **EXC-ES-0730**<br>**821 Second Ave**<br>**Seattle, WA 98104-1598** | **1200 12th Ave S**<br>**Seattle, WA 98144** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ **4,298.67** | $ **3,099.20** |
| 2. Estimate monthly overtime | | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | | $ **4,298.67** | $ **3,099.20** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ **539.22** | $ **356.63** |
| b. Insurance | | $ **0.00** | $ **0.00** |
| c. Union dues | | $ **0.00** | $ **0.00** |
| d. Other (Specify)  **See Detailed Income Attachment** | | $ **585.86** | $ **160.81** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ **1,125.08** | $ **517.44** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ **3,173.59** | $ **2,581.76** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ **0.00** | $ **0.00** |
| 8. Income from real property | | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 12. Pension or retirement income | | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): | | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ **0.00** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ **3,173.59** | $ **2,581.76** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ **5,755.35** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **None.**

In re    **Demetrius Bertrand Dickerson, Sr.**          Case No. _____

                                  Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---:|---:|
| pers 3 | $ 214.93 | $ 0.00 |
| fee | $ 2.17 | $ 0.00 |
| child support | $ 273.00 | $ 0.00 |
| Ind Ins | $ 6.52 | $ 0.00 |
| 587 dues | $ 63.92 | $ 0.00 |
| REG EN LIF | $ 3.10 | $ 0.00 |
| AD&D | $ 5.53 | $ 0.00 |
| EL | $ 0.98 | $ 0.00 |
| 5ASSMT | $ 15.71 | $ 0.00 |
| 403b | $ 0.00 | $ 123.98 |
| orca pass | $ 0.00 | $ 13.00 |
| union dues | $ 0.00 | $ 23.83 |
| **Total Other Payroll Deductions** | $ 585.86 | $ 160.81 |

In re **Demetrius Bertrand Dickerson, Sr.**                                                Case No. _____

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,444.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 350.00 |
| b. Water and sewer | $ | 170.00 |
| c. Telephone | $ | 267.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 112.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,800.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 40.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 0.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 540.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,723.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Debtor hopes to be able to buy a car after bankruptcy which will require insurance and a monthly payment.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.  Average monthly income from Line 15 of Schedule I | $ | 5,755.35 |
| b.  Average monthly expenses from Line 18 above | $ | 5,723.00 |
| c.  Monthly net income (a. minus b.) | $ | 32.35 |

In re    **Demetrius Bertrand Dickerson, Sr.**                    Case No. _____
                                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| comcast | $ | 44.00 |
| dish | $ | 68.00 |
| **Total Other Utility Expenditures** | $ | **112.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| misc. and emergency expenses | $ | 100.00 |
| daycare | $ | 300.00 |
| baby formula | $ | 80.00 |
| diapers | $ | 60.00 |
| **Total Other Expenditures** | $ | **540.00** |

# United States Bankruptcy Court
## Western District of Washington

In re    **Demetrius Bertrand Dickerson, Sr.**          Case No. _____

                      Debtor(s)          Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**36**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 12, 2012**            Signature    **/s/ Demetrius Bertrand Dickerson, Sr.**

                                                     **Demetrius Bertrand Dickerson, Sr.**

                                                     Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re    __Demetrius Bertrand Dickerson, Sr.__                  Case No. _____

                                          Debtor(s)          Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,938.40** | **2012  King County  husband** |
| **$4,474.89** | **2012  Pacific Medical Centers  wife** |
| **$51,577.09** | **2011  King County  husband** |
| **$30,626.79** | **2011  Pacific Medical Centers  wife** |
| **$46,462.00** | **2010  King County  husband** |
| **$28,365.71** | **2010  Pacific Medical Centers  wife** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Olympic Collections vs. Demetrius Bertrand Dickerson 115-17183** | **monies due** | **King Co Sup Ct** | **default for plaintiff** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Olympic Collection Inc**<br>**16040 Christensen Rd Ste 214**<br>**Tukwila, WA 98188** | **2012** | **$709.06** |

---

**5. Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                                 Best Case Bankruptcy

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Online Credit Reports www. bankruptcycreditreports.com** | **2/07/12** | **$35 x 2 = $70 credit reports** |
| **Law Office of Andrew Gebelt 6134 NE 203rd St. Kenmore, WA 98028** | **2/07/12** | **$565 service** |
| **www.abacuscc.org** | **2/07/12** | **$25 certificate of credit counseling** |

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Sunset Auto 2020 Auburn Way North Auburn, WA 98002**    **car lot** | **06/2011** | **1997 Nissan Quest trade in allowance $1,000** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| Dennis Eccles<br>11820 40th Ave S<br>Seattle, WA 98118 | 2009 Toyota Sienna $10,000.00 | Debtor's Residence |

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 23240 88th Ave S. #DD-303<br>Kent, WA 98032 | Demetrius Bertrand Dickerson | 02/2009-02/2010 |
| 11820 40th Ave<br>Tukwilla, WA | Demetrius Bertrand Dickerson | 2004-02/2009 |

**16. Spouses and Former Spouses**

None ☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Shirley Jerine Dickerson**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **February 12, 2012**        Signature   **/s/ Demetrius Bertrand Dickerson, Sr.**

                                                          **Demetrius Bertrand Dickerson, Sr.**
                                                          Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of Washington

In re    **Demetrius Bertrand Dickerson, Sr.**            Case No. _____

                                          Debtor(s)          Chapter    **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**United Auto Credit Co** | **Describe Property Securing Debt:**<br>**2002  Dodge Caravan blown transmission, leaking radiator, broken ignition,** |

Property will be (check one):
- ■ Surrendered                     ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **February 12, 2012** _____      Signature    **/s/ Demetrius Bertrand Dickerson, Sr.** _____

                                                         **Demetrius Bertrand Dickerson, Sr.**

                                                          Debtor

# United States Bankruptcy Court
## Western District of Washington

In re    **Demetrius Bertrand Dickerson, Sr.**         Case No.

                                  Debtor(s)         Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **565.00** |
   | Prior to the filing of this statement I have received | $ | **565.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 12, 2012**                     **/s/ Andrew Gebelt**
                                              **Andrew Gebelt 32235**
                                                **Law Office of Andrew Gebelt**
                                                **6134 NE 203rd St.**
                                                **Kenmore, WA 98028**
                                                **(425) 398-2778**

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com            Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

# United States Bankruptcy Court
## Western District of Washington

In re  **Demetrius Bertrand Dickerson, Sr.** _____

Case No. _____

_____
Debtor(s)

Chapter  **7**  _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Demetrius Bertrand Dickerson, Sr.** _____

Printed Name(s) of Debtor(s)

X **/s/ Demetrius Bertrand Dickerson, Sr.  February 12, 2012**

Signature of Debtor                          Date

Case No. (if known)  _____

X _____

Signature of Joint Debtor (if any)           Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Western District of Washington

In re  **Demetrius Bertrand Dickerson, Sr.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **February 12, 2012**

**/s/ Demetrius Bertrand Dickerson, Sr.**

**Demetrius Bertrand Dickerson, Sr.**

Signature of Debtor

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

```
ACCELERATED COLLECTION SERVICE
1125 HARVEY RD
AUBURN, WA 98002


AIS SERVICES
50 CALIFORNIA ST.
SUITE 1500
SAN FRANCISCO, CA 94111


AIS SERVICES LLC
8996 MIRAMAR RD STE 220
SAN DIEGO, CA 92126


AIS SERVICES LLC
50 CALIFORNIA ST STE 150
SAN FRANCISCO, CA 94111


ALLIANCE ONE
6565 KIMBALL DR.
SUITE 200
GIG HARBOR, WA 98335


ALLIANCE ONE
PO BOX 2449
GIG HARBOR, WA 98335


ALLIANCE ONE
PO BOX 3101
SOUTHEASTERN, PA 19398-3101


ALLIANCE ONE
4850 STREET ROAD
LEVEL C
FEASTERVILLE TREVOSE, PA 19053


ALLIANCE ONE
PO BOX 19785
IRVINE, CA 92623-9785


ALLIANCE ONE
1160 CENTRE POINTE
SUITE 1
SAINT PAUL, MN 55120
```

ALLIANCE ONE
PO BOX 719002
SAN DIEGO, CA 92171-9002


ALLIANCEONE INC
6565 KIMBALL DR
GIG HARBOR, WA 98335


ARSTRAT
A DIVISION OF PATIENT ACCTG
20819 72ND AVE S
SUITE 305
KENT, WA 98032


ASSOCIATED EMERG. PHYSICIANS
PO BOX 24584
SEATTLE, WA 98124


AT&T MOBILITY
PO BOX 30459
LOS ANGELES, CA 90030-0459


AT&T MOBILITY
PO BOX 60017
LOS ANGELES, CA 90060


AT&T MOBILITY
PO BOX 989049
WEST SACRAMENTO, CA 95798


AT&T MOBILITY
221 VENTURE WAY
LAFAYETTE, LA 70507


AUDIT & ADJUSTMENT CO., INC
PO BOX 1959
LYNNWOOD, WA 98046-1959


AUDIT & ADJUSTMENT CO., INC
20700 44TH AVE W
PO BOX 1959
LYNNWOOD, WA 98046

```
AUDIT & ADJUSTMENT COM
19401 40TH AVE W STE 312
LYNNWOOD, WA 98036


CAVALRY PORTFOLIO SERV
7 SKYLINE DR STE 3
HAWTHORNE, NY 10532


CAVALRY PORTFOLIO SERVICES
PO BOX 1030
HAWTHORNE, NY 10532


CAVALRY PORTFOLIO SERVICES
9522 EAST 47TH PLACE
TULSA, OK 74145


CAVALRY PORTFOLIO SERVICES
PO BOX 27288
TEMPE, AZ 85282


CBA COLLECTION BUREAU AMERICA
25954 EDEN LANDING RD
HAYWARD, CA 94545


COLLECTION BUREAU OF AMERICA
25954 EDEN LANDING ROAD
FIRST FLOOR
HAYWARD, CA 94545-3816


COLLECTION BUREAU OF AMERICA
PO BOX 5013
HAYWARD, CA 94540-5013


COMCAST
9602 S. 300W
SANDY, UT 84070


COMCAST
PO BOX 802068
DALLAS, TX 75380


COMCAST
18 WEST MERCER STREET
SUITE 100
SEATTLE, WA 98119
```

COMCAST
183 INVERNESS DRIVE W
ENGLEWOOD, CO 80112


COMCAST
PO BOX 34227
SEATTLE, WA 98124


DSHS/DCS TACOMA
PO BOX 11520
TACOMA, WA 98411


ELLIOT BAY ADJUSTMENT
10740 MERIDIAN AVE N
SUITE 200
SEATTLE, WA 98133


ELLIOT BAY ADJUSTMENT
ATTN: PAUL GORDON
10740 MERIDIAN AVE N
SUITE 200
SEATTLE, WA 98133


ELLIOTT BAY ADJUSTMENT
10740 MERIDIAN AVE N STE
SEATTLE, WA 98133


ELLIOTT BAY ADJUSTMENT
10740 MERIDIAN AVE
SEATTLE, WA 98133


EMERGENCY PHYSICIANS
PO BOX 96208
OKLAHOMA CITY, OK 73143


ENHANCED RECOVERY CO
10550 DEERWOOD PARK
BLVD  SUITE 600
JACKSONVILLE, FL 32256


ENHANCED RECOVERY CO
10550 DEERWOOD PARK BLVD
BLVD  SUITE 600
JACKSONVILLE, FL 32256

```
EOS CCA
700 LONGWATER DR
NORWELL, MA 02061


EOS CCA
PO BOX 5012
NORWELL, MA 02061-5012


EOS CCA
PO BOX 556
NORWELL, MA 02061


ESCALLATE LLC
5200 STONEHAM RD
NORTH CANTON, OH 44720


ESCALLATE, LLC
PO BOX 710740
COLUMBUS, OH 43271


ESCALLATE, LLC
1606 E TURKEYFOOT LAKE RD
AKRON, OH 44312-4109


EVERGREEN PROF. RECOVERIES
12100 NE 195TH ST
SUITE 180
BOTHELL, WA 98011


EVERGREEN PROF. RECOVERIES
PO BOX 666
BOTHELL, WA 98041-0666


EVERGREEN PROFESSIONAL
12100 NE 195TH ST STE 18
BOTHELL, WA 98011


FIRST PREMIER
601 S. MINNESOTA AVE
SIOUX FALLS, SD 57104


FIRST PREMIER
PO BOX 5519
SIOUX FALLS, SD 57117-5519
```

FIRST PREMIER
PO BOX 5147
SIOUX FALLS, SD 57117-5147


FIRST PREMIER
PO BOX 5524
SIOUX FALLS, SD 57117-5524


FIRST PREMIER
CARD SERVICES
PO BOX 5524
SIOUX FALLS, SD 57117-5524


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS, SD 57104


GRANT & WEBER
26575 WEST AGOURA ROAD
CALABASAS, CA 91302


I.C. SYSTEMS, INC.
P.O. BOX 64378
ST PAUL, MN 55164


IC SYSTEM INC
PO BOX 64437
SAINT PAUL, MN 55164-0437


IC SYSTEMS
444 HIGHWAY 96 EAST
PO BOX 64887
SAINT PAUL, MN 55164-0887


IC SYSTEMS
PO BOX 64378
SAINT PAUL, MN 55164


IC SYSTEMS
512 BELL STREET
EDMONDS, WA 98020-3147


KEY BANK
PO BOX 94620
CLEVELAND, OH 44101-4620

```
KEY BANK
PO BOX 94968
CLEVELAND, OH 44101


KEY BANK
PO BOX 94932
CLEVELAND, OH 44101-4932


KEY BANK
PO BOX 16430
BOISE, ID 83715


KEY BANK
PO BOX 6408
THE LAKES, NV 88901-6408


KING COUNTY LIBRARY SYSTEM
960 NEWPORT WAY
ISSAQUAH, WA 98027


KING COUNTY LIBRARY SYSTEMS
CIRCULATION COORDINATOR
960 NEWPORT WAY NW
ISSAQUAH, WA 98027


LCA COLLECTIONS
PO BOX 8008
BURLINGTON, NC 27216


LCA COLLECTIONS
PO BOX 2240
BURLINGTON, NC 27216-2240


MCCARTHY FINANCE
DBA CHECKMASTERS
PO BOX 2034
LYNNWOOD, WA 98036-2034


MCCARTHY FINANCE
CHECK MASTERS
19624 HWY 2
SUITE E
MONROE, WA 98272
```

MCCARTHY FINANCE
DBA CHECKMASTERS
19401 40TH AVE
SUITE 302
LYNNWOOD, WA 98036


MERCHANTS CREDIT
2245 152ND NE
REDMOND, WA 98052-5519


MERCHANTS CREDIT ASSOCIATION
PO BOX 7416
BELLEVUE, WA 98008


MERCHANTS CREDIT ASSOCIATION
2245 152ND AVE NE
REDMOND, WA 98052-5519


MERCHANTS CREDIT CORPORATION
PO BOX 7416
BELLEVUE, WA 98008-7416


MERCHANTS CREDIT CORPORATION
2245 152ND AVE NE
REDMOND, WA 98052-5519


MERCY METHODIST HOSPITAL
7500 HOSPITAL DRIVE
SACRAMENTO, CA 95823


NATIONAL CREDIT SERVIC
17704 134TH AVE NE
WOODINVILLE, WA 98072


NATIONAL CREDIT SERVICE
17704 134TH AVE NE
WOODINVILLE, WA 98072


NATIONAL CREDIT SERVICES
PO BOX 3002
17704 134TH AVE NE
WOODINVILLE, WA 98072-4901

NCO FIN /99
POB 41466
PHILADELPHIA, PA 19101


NCO FIN/22
507 PRUDENTIAL RD.
HORSHAM, PA 19044-2308


NCO FIN/55
PO BOX 13570
PHILADELPHIA, PA 19101


NCO FIN/99
PO BOX 15636
WILMINGTON, DE 19850


NCO FINANCIAL SRVS INC
2920 PROSPECT PARK DR ST
RANCHO CORDOVA, CA 95670


NEIGHBORCARE HEALTH
PO BOX 3835
SEATTLE, WA 98124-3835


OLYMPIC COLLECTION I
16040 CHRISTENSEN RD STE 214
TUKWILA, WA 98188


OLYMPIC COLLECTION INC
16040 CHRISTENSEN RD STE 214
TUKWILA, WA 98188


OLYMPIC COLLECTION INC
PO BOX 69667
SEATTLE, WA 98168


PACIFIC MEDICAL CENTERS
PO BOX 24386
SEATTLE, WA 98124


PACIFIC MEDICAL CENTERS
PO BOX 149
TRACY, CA 95378

PACIFIC VASCULAR
11714 NORTH CREEK PRKWY
#100
BOTHELL, WA 98011-8250


PACIFIC VASCULAR
18702 NORTH CREEK PRKWY
#212
BOTHELL, WA 98012


PHYSICIANS ANESTHESIA SERV
1229 MADISON
SUITE 1440
SEATTLE, WA 98104


PRO TOW
420 H ST NW
AUBURN, WA 98001


PROFESSIONAL CREDIT SE
400 INTERNATIONAL WAY
SPRINGFIELD, OR 97477


PUGET SOUND ENERGY
PO BOX 91269
BELLEVUE, WA 98009-9269


PUGET SOUND ENERGY
PO BOX 90868
BELLEVUE, WA 98009


PUGET SOUND ENERGY
PO BOX 90868
BELLEVUE, WA 98004-0868


PUGET SOUND ENERGY
ATTN: CLOSED ACCOUNTS
PO BOX 90868
BELLEVUE, WA 98009


QUEST DIAGNOSTICS
PO BOX 740783
CINCINNATI, OH 45274

```
RENTON COLLECTIONS
PO BOX 272
RENTON, WA 98057


RENTON COLLECTIONS, INC
211 MORRIS AVE S
RENTON, WA 98055


RENTON COLLECTIONS, INC.
PO BOX 272
RENTON, WA 98057


RENTONCOLL
PO BOX 272
RENTON, WA 98057


RJM ACQ LLC
575 UNDERHILL BLVD STE 2
SYOSSET, NY 11791


RJM ACQ LLC
575 UNDERHILL BLVD
SUITE 2
SYOSSET, NY 11791


RJM ACQ LLC
PO BOX 859
245 8TH AVE
NEW YORK, NY 10011


RJM ACQUISITIONS
PO BOX 18006
HAUPPAUGE, NY 11788-8806


RJM ACQUISITIONS
PO BOX 11154
HAUPPAUGE, NY 11788-1154


RJM ACQUISITIONS
575 UNDERHILL BLVD
SUITE 2
SYOSSET, NY 11791
```

SEATTLE EMGCY PHYS SVCS, INC
PO BOX 749741
LOS ANGELES, CA 90074-9741


SEATTLE EMGCY PHYS SVCS, INC
DEPT 441
PO BOX 34935
SEATTLE, WA 98124


SEATTLE OBGYN
1101 MADISON STREET
SUITE 950
SEATTLE, WA 98104


SEATTLE RADIOLOGISTS
PO BOX 509097
SAN DIEGO, CA 92150-9097


SEATTLE RADIOLOGISTS
1229 MADISON
SUITE 900
SEATTLE, WA 98104


SHIRLEY JERINE DICKERSON
5516 33RD AVE S
SEATTLE, WA 98118


SPRINT NEXTEL
CORRESPONDENCE
ATTN: BANKRUPTCY DEPT.
PO BOX 7949
OVERLAND PARK, KS 66207-0949


SPRINT NEXTEL
DISTRIBUTION
ATTN: BANKRUPTCY DEPT.
PO BOX 172408
DENVER, CO 80217


SPRINT PCS
6360 SPRINT PARKWAY
KSOPHE 0306-3B574
OVERLAND PARK, KS 66251

SPRINT PCS
95 JAMES WAY
SUITE 113
SOUTHAMPTON, PA 18966-3847


STELLAR REC
1845 US HWY 93 SOU SUITE 310
KALISPELL, MT 59901


STELLAR RECOVERY
1845 HWY 93 S
SUITE 310
KALISPELL, MT 59901


SUNSET AUTO
2020 AUBURN WAY NORTH
AUBURN, WA 98002


SWEDISH MEDICAL CENTER
MAILSTOP: 23362674
PO BOX 660064
DALLAS, TX 75266-0064


SWEDISH MEDICAL CENTER
MAILSTOP: 37268915
PO BOX 660249
DALLAS, TX 75266-0249


SWEDISH MEDICAL CENTER
PO BOX 389668
SEATTLE, WA 98138-9668


SWEDISH MEDICAL CENTER
747 BROADWAY
SEATTLE, WA 98122


SWEDISH MEDICAL CENTER
20819 72ND AVE S
SUITE 305
KENT, WA 98032


SWEDISH MEDICAL CENTER
PO BOX 34440
SEATTLE, WA 98124

TANIKA SMITH
4617 E. 131ST ST.
APARTMENT 108
CLEVELAND, OH 44110


UNITED AUTO CREDIT
1940140TH AVE W
SUITE 200
PO BOX 6005
LYNNWOOD, WA 98036


UNITED AUTO CREDIT CO
PO BOX 9945
NEWPORT BEACH, CA 92658


UNITED AUTO CREDIT CO
18191 VON KARMAN AVE STE
IRVINE, CA 92612


VALLEY ANESTHESIA ASSOC
PO BOX 84571
SEATTLE, WA 98124-5871


VALLEY MEDICAL CENTER
PO BOX 50010
RENTON, WA 98058


VALLEY MEDICAL CENTER
400 S. 43RD STREET
RENTON, WA 98055


VALLEY MEDICAL CENTER
3600 LINDE AVE
RENTON, WA 98055


VALLEY MEDICAL CENTER
PO BOX 34551
SEATTLE, WA 98124


VALLEY MEDICAL CENTER
PO BOX 34842
SEATTLE, WA 98124-1842

```
VALLEY MEDICAL CENTER
RENTON HIGHLANDS CLINIC
451 DUVALL AVE NE
SUITE 120
RENTON, WA 98059


VERIZON WIRELESS
10734 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670-7359


VERIZON WIRELESS
3350 161ST AVENUE SE
BELLEVUE, WA 98008-5758


VERIZON WIRELESS
PO BOX 4001
INGLEWOOD, CA 90313-4001


VERIZON WIRELESS
10734 INTERNATIONAL DRIVE
RANCHO CORDOVA, CA 95670


WALGREEN SPECIALTY PHARMACY
15358 COLLECT CT. DR.
CHICAGO, IL 60693


WEST BAY ACQUISITIONS
1540 PONTIAC AVE STE A
CRANSTON, RI 02920


WEST BAY ACQUISITIONS
42 LADD ST.
EAST GREENWICH, RI 02818
```