```
                              United States Bankruptcy Court
                              Western District of Washington
In re:                                                                                  Case No. 12-11284-MLB
Demetrius Bertrand Dickerson, Sr.                                                       Chapter 7
          Debtor                         CERTIFICATE OF NOTICE
District/off: 0981-2           User: marih                  Page 1 of 5                 Date Rcvd: Feb 13, 2012
                               Form ID: b9a                 Total Noticed: 147
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2012.
```
db           +Demetrius Bertrand Dickerson, Sr,    5516 33rd Ave S,     Seattle, WA 98118-2208
953718989    +ARSTRAT,    A Division of Patient Acctg,    20819 72nd Ave S,     Suite 305,    Kent, WA 98032-2390
953718993    +AT&T Mobility,    PO Box 989049,    West Sacramento, CA 95798-9049
953718994    +AT&T Mobility,    221 Venture Way,    Lafayette, LA 70507-5320
953718977    +Accelerated Collection Service,    1125 Harvey Rd,    Auburn, WA 98002-4219
953718980    +Ais Services Llc,    50 California St Ste 150,     San Francisco, CA 94111-4624
953718982    +Alliance One,    PO Box 2449,    Gig Harbor, WA 98335-4449
953718987     Alliance One,    PO Box 719002,    San Diego, CA 92171-9002
953718985     Alliance One,    PO Box 19785,    Irvine, CA 92623-9785
953718981    +Alliance One,    6565 Kimball Dr.,    Suite 200,    Gig Harbor, WA 98335-1206
953718988    +Allianceone Inc,    6565 Kimball Dr,    Gig Harbor, WA 98335-1200
953718990    +Associated Emerg. Physicians,    PO Box 24584,     Seattle, WA 98124-0584
953718996    +Audit & Adjustment Co., Inc,    20700 44th Ave W,     PO Box 1959,    Lynnwood, WA 98046-1959
953718995     Audit & Adjustment Co., Inc,    PO Box 1959,    Lynnwood, WA 98046-1959
953718998 ++++CAVALRY PORTFOLIO SERV,    7 SKYLINE DR STE 350,     HAWTHORNE NY 10532-2162
             (address filed with court: Cavalry Portfolio Serv,     7 Skyline Dr Ste 3,    Hawthorne, NY 10532)
953718999    +Cavalry Portfolio Services,    PO Box 1030,    Hawthorne, NY 10532-7509
953719001    +Cavalry Portfolio Services,    PO Box 27288,    Tempe, AZ 85285-7288
953719000   #+Cavalry Portfolio Services,    9522 East 47th Place,     Tulsa, OK 74145-7211
953719002    +Cba Collection Bureau America,    25954 Eden Landing Rd,     Hayward, CA 94545-3837
953719003     Collection Bureau of America,    25954 Eden Landing Road,     First Floor,    Hayward, CA 94545-3816
953719004     Collection Bureau of America,    PO Box 5013,    Hayward, CA 94540-5013
953719006    +Comcast,    PO Box 802068,    Dallas, TX 75380-2068
953719009    +Comcast,    PO Box 34227,    Seattle, WA 98124-1227
953719008    +Comcast,    183 Inverness Drive W,    Englewood, CO 80112-5203
953719005    +Comcast,    9602 S. 300W,    Sandy, UT 84070-3340
953719007    +Comcast,    18 West Mercer Street,    Suite 100,    Seattle, WA 98119-3972
953719010    +Dshs/Dcs Tacoma,    Po Box 11520,    Tacoma, WA 98411-5520
953719011    +Elliot Bay Adjustment,    10740 Meridian Ave N,     Suite 200,    Seattle, WA 98133-9010
953719012    +Elliot Bay Adjustment,    ATTN: Paul Gordon,    10740 Meridian Ave N,     Suite 200,
               Seattle, WA 98133-9010
953719014    +Elliott Bay Adjustment,    10740 Meridian Ave,    Seattle, WA 98133-9010
953719013    +Elliott Bay Adjustment,    10740 Meridian Ave N Ste,     Seattle, WA 98133-9010
953719015    +Emergency Physicians,    PO Box 96208,    Oklahoma City, OK 73143-6208
953719016    +Enhanced Recovery Co,    10550 Deerwood Park,    Blvd Suite 600,     Jacksonville, FL 32256-0596
953719017    +Enhanced Recovery Co,    10550 Deerwood Park Blvd,     Blvd Suite 600,
               Jacksonville, FL 32256-0596
953719018    +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
953719019     Eos Cca,    PO Box 5012,    Norwell, MA 02061-5012
953719020    +Eos Cca,    PO Box 556,    Norwell, MA 02061-0556
953719034    +I.C. Systems, Inc.,    P.O. Box 64378,    St Paul, MN 55164-0378
953719035     IC System Inc,    PO Box 64437,    Saint Paul, MN 55164-0437
953719037    +IC Systems,    PO Box 64378,    Saint Paul, MN 55164-0378
953719036     IC Systems,    444 Highway 96 East,    PO Box 64887,     Saint Paul, MN 55164-0887
953719038     IC Systems,    512 Bell Street,    Edmonds, WA 98020-3147
953719043     Key Bank,    PO Box 6408,    The Lakes, NV 88901-6408
953719039     Key Bank,    PO Box 94620,    Cleveland, OH 44101-4620
953719041     Key Bank,    PO Box 94932,    Cleveland, OH 44101-4932
953719040    +Key Bank,    PO Box 94968,    Cleveland, OH 44101-4968
953719042    +Key Bank,    PO Box 16430,    Boise, ID 83715-6430
953719044    +King County Library System,    960 Newport Way,    Issaquah, WA 98027-2702
953719045    +King County Library Systems,    Circulation Coordinator,     960 Newport Way NW,
               Issaquah, WA 98027-2702
953719047     LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
953719046    +LCA Collections,    PO Box 8008,    Burlington, NC 27216-8008
953719060   ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,     HORSHAM PA 19044-2308
             (address filed with court: Nco Fin /99,    Pob 41466,     Philadelphia, PA 19101)
953719048     McCarthy Finance,    dba Checkmasters,    PO Box 2034,     Lynnwood, WA 98036-5034
953719049    +McCarthy Finance,    Check Masters,    19624 Hwy 2,    Suite E,    Monroe, WA 98272-1536
953719056    +Mercy Methodist Hospital,    7500 Hospital Drive,     Sacramento, CA 95823-5477
953719057    +National Credit Servic,    17704 134th Ave Ne,    Woodinville, WA 98072-4605
953719058    +National Credit Service,    17704 134th Ave Ne,    Woodinville, WA 98072-4605
953719059    +National Credit Services,    PO Box 3002,    17704 134th Ave NE,     Woodinville, WA 98072-4605
953719061     Nco Fin/22,    507 Prudential Rd.,    Horsham, PA 19044-2308
953719063    +Nco Fin/99,    Po Box 15636,    Wilmington, DE 19850-5636
953719065     Neighborcare Health,    PO Box 3835,    Seattle, WA 98124-3835
953719066    +Olympic Collection I,    16040 Christensen Rd Ste 214,     Tukwila, WA 98188-2966
953719068   #+Olympic Collection Inc,    PO Box 69667,    Seattle, WA 98168-9667
953719067    +Olympic Collection Inc,    16040 Christensen Rd Ste 214,     Tukwila, WA 98188-2966
953719070    +Pacific Medical Centers,    PO Box 149,    Tracy, CA 95378-0149
953719069    +Pacific Medical Centers,    PO Box 24386,    Seattle, WA 98124-0386
953719073    +Physicians Anesthesia Serv,    1229 Madison,    Suite 1440,    Seattle, WA 98104-1318
953719074    +Pro Tow,    420 H ST NW,    Auburn, WA 98001-3923
953719075    +Professional Credit Se,    400 International Way,     Springfield, OR 97477-7002
```

```
953719076      Puget Sound Energy,    PO Box 91269,    Bellevue, WA 98009-9269
953719077     +Puget Sound Energy,    PO Box 90868,    Bellevue, WA 98009-0868
953719079     +Puget Sound Energy,    ATTN: Closed Accounts,    PO Box 90868,    Bellevue, WA 98009-0868
953719080     +Quest Diagnostics,    PO Box 740783,    Cincinnati, OH 45274-0783
953719081     +Renton Collections,    Po Box 272,    Renton, WA 98057-0272
953719082     +Renton Collections, Inc,    211 Morris Ave S,    Renton, WA 98057-2024
953719084     +Rentoncoll,    Po Box 272,    Renton, WA 98057-0272
953719092     +Seattle Emgcy Phys Svcs, Inc,    Dept 441,    PO Box 34935,    Seattle, WA 98124-1935
953719091      Seattle Emgcy Phys Svcs, Inc,    PO Box 749741,    Los Angeles, CA 90074-9741
953719093     +Seattle OBGYN,    1101 Madison Street,    Suite 950,    Seattle, WA 98104-3592
953719094      Seattle Radiologists,    PO Box 509097,    San Diego, CA 92150-9097
953719095     +Seattle Radiologists,    1229 Madison,    Suite 900,    Seattle, WA 98104-1391
953719096     +Shirley Jerine Dickerson,    5516 33rd Ave S,    Seattle, WA 98118-2208
953719100      Sprint PCS,    95 James Way,    Suite 113,    Southampton, PA 18966-3847
953719101     +Stellar Rec,    1845 Us Hwy 93 Sou Suite 310,    Kalispell, MT 59901
953719102    #+Stellar Recovery,    1845 Hwy 93 S,    Suite 310,    Kalispell, MT 59901-5721
953719103     +Sunset Auto,    2020 Auburn Way North,    Auburn, WA 98002-2824
953719104      Swedish Medical Center,    MAILSTOP: 23362674,    PO Box 660064,    Dallas, TX 75266-0064
953719105      Swedish Medical Center,    MAILSTOP: 37268915,    PO Box 660249,    Dallas, TX 75266-0249
953719107     +Swedish Medical Center,    747 Broadway,    Seattle, WA 98122-4307
953719106      Swedish Medical Center,    PO Box 389668,    Seattle, WA 98138-9668
953719108     +Swedish Medical Center,    20819 72nd Ave S,    Suite 305,    Kent, WA 98032-2390
953719110     +Tanika Smith,    4617 E. 131st St.,    Apartment 108,    Cleveland, OH 44105-7135
953719114      Valley Anesthesia Assoc,    PO Box 84571,    Seattle, WA 98124-5871
953719116     +Valley Medical Center,    400 S. 43rd Street,    Renton, WA 98055-5714
953719119      Valley Medical Center,    PO Box 34842,    Seattle, WA 98124-1842
953719117     +Valley Medical Center,    3600 Linde Ave,    Renton, WA 98057-4970
953719115     +Valley Medical Center,    PO Box 50010,    Renton, WA 98058-5010
953719120     +Valley Medical Center,    Renton Highlands Clinic,    451 Duvall Ave NE,    Suite 120,
                Renton, WA 98059-4675
953719118     +Valley Medical Center,    PO Box 34551,    Seattle, WA 98124-1551
953719125     +Walgreen Specialty Pharmacy,    15358 Collect Ct. Dr.,    Chicago, IL 60693-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: andrewgebelt@att.net Feb 14 2012 03:46:41      Andrew M Gebelt,
                Law Office of Andrew Gebelt,    6134 NE 203rd St,    Kenmore, WA 98028
tr            +EDI: FJRIGBY.COM Feb 14 2012 03:28:00      James Rigby,    600 Stewart St. #1908,
                Seattle, WA 98101-1220
smg            EDI: WADEPREV.COM Feb 14 2012 03:28:00      State of Washington,    Department of Revenue,
                2101 4th Ave, Ste 1400,    Seattle, WA 98121-2300
ust           +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Feb 14 2012 03:49:57      United States Trustee,
                700 Stewart St Ste 5103,    Seattle, WA 98101-4438
953718978     +E-mail/Text: bankruptcynotices@aisservicesllc.com Feb 14 2012 03:52:31      AIS Services,
                50 California St.,    Suite 1500,    San Francisco, CA 94111-4619
953718992     +EDI: CINGMIDLAND.COM Feb 14 2012 03:28:00      AT&T Mobility,    PO Box 60017,
                Los Angeles, CA 90060-0017
953718991      EDI: CINGMIDLAND.COM Feb 14 2012 03:28:00      AT&T Mobility,    PO Box 30459,
                Los Angeles, CA 90030-0459
953718979     +E-mail/Text: bankruptcynotices@aisservicesllc.com Feb 14 2012 03:52:31      Ais Services Llc,
                8996 Miramar Rd Ste 220,    San Diego, CA 92126-4451
953718983      EDI: ALLIANCEONE.COM Feb 14 2012 03:28:00      Alliance One,    PO Box 3101,
                Southeastern, PA 19398-3101
953718986     +EDI: ALLIANCEONE.COM Feb 14 2012 03:28:00      Alliance One,    1160 Centre Pointe,    Suite 1,
                Saint Paul, MN 55120-1377
953718984     +EDI: ALLIANCEONE.COM Feb 14 2012 03:28:00      Alliance One,    4850 Street Road,    Level C,
                Feasterville Trevose, PA 19053-6643
953719021     +EDI: ESCALLATE.COM Feb 14 2012 03:23:00      Escallate Llc,    5200 Stoneham Rd,
                North Canton, OH 44720-1584
953719022     +EDI: ESCALLATE.COM Feb 14 2012 03:23:00      Escallate, LLC,    PO Box 710740,
                Columbus, OH 43271-0740
953719023     +EDI: ESCALLATE.COM Feb 14 2012 03:23:00      Escallate, Llc,    1606 E Turkeyfoot Lake Rd,
                Akron, OH 44312-5936
953719024     +E-mail/Text: c.marin@everprof.com Feb 14 2012 05:31:18      Evergreen Prof. Recoveries,
                12100 NE 195th St,    Suite 180,    Bothell, WA 98011-5762
953719025      E-mail/Text: c.marin@everprof.com Feb 14 2012 05:31:18      Evergreen Prof. Recoveries,
                PO Box 666,    Bothell, WA 98041-0666
953719026     +E-mail/Text: c.marin@everprof.com Feb 14 2012 05:31:18      Evergreen Professional,
                12100 Ne 195th St Ste 18,    Bothell, WA 98011-5761
953719028      EDI: AMINFOFP.COM Feb 14 2012 03:23:00      First Premier,    PO Box 5519,
                Sioux Falls, SD 57117-5519
953719030      EDI: AMINFOFP.COM Feb 14 2012 03:23:00      First Premier,    PO Box 5524,
                Sioux Falls, SD 57117-5524
953719029      EDI: AMINFOFP.COM Feb 14 2012 03:23:00      First Premier,    PO Box 5147,
                Sioux Falls, SD 57117-5147
953719027     +EDI: AMINFOFP.COM Feb 14 2012 03:23:00      First Premier,    601 S. Minnesota Ave,
                Sioux Falls, SD 57104-4824
953719031      EDI: AMINFOFP.COM Feb 14 2012 03:23:00      First Premier,    Card Services,    PO Box 5524,
                Sioux Falls, SD 57117-5524
953719032     +EDI: AMINFOFP.COM Feb 14 2012 03:23:00      First Premier Bank,    601 S Minnesota Ave,
                Sioux Falls, SD 57104-4868
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
953719033    +E-mail/Text: bknoticing@grantweber.com Feb 14 2012 05:31:36      Grant & Weber,
              26575 West Agoura Road,    Calabasas, CA 91302-2975
953719034    +EDI: ICSYSTEM.COM Feb 14 2012 03:28:00      I.C. Systems, Inc.,   P.O. Box 64378,
              St Paul, MN 55164-0378
953719035     EDI: ICSYSTEM.COM Feb 14 2012 03:28:00      IC System Inc,   PO Box 64437,
              Saint Paul, MN 55164-0437
953719036     EDI: ICSYSTEM.COM Feb 14 2012 03:28:00      IC Systems,    444 Highway 96 East,   PO Box 64887,
              Saint Paul, MN 55164-0887
953719037    +EDI: ICSYSTEM.COM Feb 14 2012 03:28:00      IC Systems,   PO Box 64378,
              Saint Paul, MN 55164-0378
953719060     E-mail/Text: bankruptcydepartment@ncogroup.com Feb 14 2012 06:48:50     Nco Fin /99,   Pob 41466,
              Philadelphia, PA 19101
953719051     E-mail/Text: Bankos@merchantscredit.com Feb 14 2012 05:30:15      Merchants Credit,
              2245 152nd Ne,    Redmond, WA 98052-5519
953719052    +E-mail/Text: Bankos@merchantscredit.com Feb 14 2012 05:30:15      Merchants Credit Association,
              PO Box 7416,    Bellevue, WA 98008-1416
953719053     E-mail/Text: Bankos@merchantscredit.com Feb 14 2012 05:30:15      Merchants Credit Association,
              2245 152nd Ave NE,    Redmond, WA 98052-5519
953719054    +E-mail/Text: Bankos@merchantscredit.com Feb 14 2012 05:30:15      Merchants Credit Corporation,
              PO Box 7416,    Bellevue, WA 98008-1416
953719055     E-mail/Text: Bankos@merchantscredit.com Feb 14 2012 05:30:15      Merchants Credit Corporation,
              2245 152nd Ave NE,    Redmond, WA 98052-5519
953719061     E-mail/Text: bankruptcydepartment@ncogroup.com Feb 14 2012 06:48:50     Nco Fin/22,
              507 Prudential Rd.,    Horsham, PA 19044-2308
953719063    +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 14 2012 06:48:51     Nco Fin/99,
              Po Box 15636,    Wilmington, DE 19850-5636
953719071    +E-mail/Text: dweymer@pacificvascular.com Feb 14 2012 03:51:27      Pacific Vascular,
              11714 North Creek Prkwy,    #100,   Bothell, WA 98011-8099
953719072    +E-mail/Text: dweymer@pacificvascular.com Feb 14 2012 03:51:27      Pacific Vascular,
              18702 North Creek Prkwy,    #212,   Bothell, WA 98011-8019
953719087    +EDI: PHINRJMA.COM Feb 14 2012 03:23:00      RJM ACQ LLC,   PO Box 859,    245 8th Ave,
              New York, NY 10011-1607
953719088     EDI: PHINRJMA.COM Feb 14 2012 03:23:00      RJM Acquisitions,   PO Box 18006,
              Hauppauge, NY 11788-8806
953719089    +EDI: PHINRJMA.COM Feb 14 2012 03:23:00      RJM Acquisitions,   PO Box 11154,
              Hauppauge, NY 11788-0940
953719090    +EDI: PHINRJMA.COM Feb 14 2012 03:23:00      RJM Acquisitions,   575 Underhill Blvd,    Suite 2,
              Syosset, NY 11791-4437
953719085    +EDI: PHINRJMA.COM Feb 14 2012 03:23:00      Rjm Acq Llc,   575 Underhill Blvd Ste 2,
              Syosset, NY 11791-3426
953719097     EDI: NEXTEL.COM Feb 14 2012 03:23:00      Sprint Nextel,   Correspondence,
              ATTN: Bankruptcy Dept.,    PO Box 7949,   Overland Park, KS 66207-0949
953719098     EDI: NEXTEL.COM Feb 14 2012 03:23:00      Sprint Nextel,   Distribution,    ATTN: Bankruptcy Dept.,
              PO Box 172408,   Denver, CO 80217
953719099     EDI: NEXTEL.COM Feb 14 2012 03:23:00      Sprint PCS,   6360 Sprint Parkway,    KSOPHE 0306-3B574,
              Overland Park, KS 66251
953719111    +E-mail/Text: bankruptcy@uacc.net Feb 14 2012 03:51:37      United Auto Credit,   1940140th Ave W,
              Suite 200,    PO Box 6005,   Lynnwood, WA 98036-0005
953719113    +E-mail/Text: bankruptcy@uacc.net Feb 14 2012 03:51:37      United Auto Credit Co,
              18191 Von Karman Ave Ste,    Irvine, CA 92612-7102
953719112    +E-mail/Text: bankruptcy@uacc.net Feb 14 2012 03:51:37      United Auto Credit Co,   PO Box 9945,
              Newport Beach, CA 92658-1945
953719123    +EDI: AFNIVZWIRE.COM Feb 14 2012 03:23:00      Verizon Wireless,   PO Box 4001,
              Inglewood, CA 90309-4001
953719121     EDI: AFNIVZWIRE.COM Feb 14 2012 03:23:00      Verizon Wireless,   10734 International Drive,
              Rancho Cordova, CA 95670-7359
953719122     EDI: AFNIVZWIRE.COM Feb 14 2012 03:23:00      Verizon Wireless,   3350 161st Avenue SE,
              Bellevue, WA 98008-5758
953719126    +E-mail/Text: toddsadwin@westbayconsumer.com Feb 14 2012 03:52:32     West Bay Acquisitions,
              1540 Pontiac Ave Ste A,    Cranston, RI 02920-4472
953719127    +E-mail/Text: toddsadwin@westbayconsumer.com Feb 14 2012 03:52:32     West Bay Acquisitions,
              42 Ladd St.,    East Greenwich, RI 02818-4358
                                                                                               TOTAL: 54

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
953719062*  ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
             (address filed with court: Nco Fin/55,     Po Box 13570,   Philadelphia, PA 19101)
953719078*   +Puget Sound Energy,    PO Box 90868,   Bellevue, WA 98009-0868
953719086*   +RJM ACQ LLC,    575 Underhill Blvd,   Suite 2,   Syosset, NY 11791-3426
953719083*   +Renton Collections, Inc.,    PO Box 272,   Renton, WA 98057-0272
953719124*   +Verizon Wireless,    10734 International Drive,   Rancho Cordova, CA 95670-7359
953718997   ##+Audit & Adjustment Com,    19401 40th Ave W Ste 312,   Lynnwood, WA 98036-5600
953719050   ##+McCarthy Finance,    dba Checkmasters,   19401 40th Ave,   Suite 302,    Lynnwood, WA 98036-5600
953719064   ##+Nco Financial Srvs Inc,    2920 Prospect Park Dr St,   Rancho Cordova, CA 95670-6036
953719109   ##+Swedish Medical Center,    PO Box 34440,   Seattle, WA 98124-1440
                                                                                TOTALS: 0, * 5, ## 4
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 15, 2012**                             **Signature:**     _Joseph Speetjens_

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2012 at the address(es) listed below:
          Andrew M Gebelt   on behalf of Debtor Demetrius Dickerson andrewgebelt@att.net
          James   Rigby   rigbylaw@aol.com,   jr@trustesolutions.com;jr@trustesolutions.net
          United States Trustee   USTPRegion18.SE.ECF@usdoj.gov
                                                                                                                                            TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
Western District of Washington

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
## Notice of Ex Parte Motion to Dismiss if Debtor Fails to Appear at the Sec. 341 Meeting, and Notice of Appointment of Trustee

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on **February 12, 2012**.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Demetrius Bertrand Dickerson Sr
5516 33rd Ave S
Seattle, WA 98118

| | |
|---|---|
| Case Number: 12–11284–MLB<br>Office Code: 2 | Social Security/Individual Taxpayer ID/Employer Tax ID/Other nos:<br>xxx–xx–1122 |
| Attorney for Debtor(s) (name and address):<br>Andrew M Gebelt<br>Law Office of Andrew Gebelt<br>6134 NE 203rd St<br>Kenmore, WA 98028<br>Telephone number: 425–398–2778 | Bankruptcy Trustee (name and address):<br>James Rigby<br>600 Stewart St. #1908<br>Seattle, WA 98101–1217<br>Telephone number: 206–441–0826<br>Send 4002 documents to: rigbylaw@aol.com |

### Meeting of Creditors
Date: **March 15, 2012**      Time: **01:30 PM**
Location: **US Courthouse, Room 4107, 700 Stewart St, Seattle, WA 98101**

**Important Notice to Debtors:** All Debtors (other than corporations and other business entities) must provide picture identification and proof of social security number to the Trustee at the meeting of creditors. Original documents are required; photocopies are not sufficient. Failure to comply will result in referral of your case for action by the U.S. Trustee.

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts and All Reaffirmation Agreements must be filed with the bankruptcy clerk's office by May 14, 2012**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days of any amendment to the list or supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

### Creditors May Not Take Certain Actions:
Generally, the filing of the bankruptcy case automatically stays certain collection and other actions against the Debtor and the Debtor's property. There are some exceptions provided for in 11 U.S.C. § 362. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>700 Stewart St, Room 6301<br>Seattle, WA 98101<br>Telephone number: 206–370–5200 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Mark L. Hatcher<br><br>This case has been assigned to Judge Marc Barreca |
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: February 13, 2012 |

# EXPLANATIONS

Case Number **12–11284–MLB**

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Notice Re: Dismissal | If the Debtor, or joint Debtor, fails to file required schedules, statements or lists within 14 days from the date the petition was filed, the U.S. Trustee will apply for an ex parte order of dismissal on the seventh day after the deadline passes. If the Debtor, or joint Debtor, fails to appear at the meeting of creditors, the U.S. Trustee will apply for an ex parte order of dismissal seven days after the date scheduled for the meeting of creditors, or the date of any rescheduled or continued meeting. This is the only notice you will receive of the U.S. Trustee's motion to dismiss the case. If you wish to oppose the dismissal, you must file a written objection within seven days after the applicable deadline passes (i.e. 14–day deadline or date of the meeting of creditors). |
| Appointment of Trustee | Pursuant to 11 U.S.C. §701 and §322 and Fed. R. Bankr. P. 2008, **James Rigby** is appointed Trustee of the estate of the above named Debtor to serve under the Trustee's blanket bond. The appointment is made effective on the date of this notice. Unless the Trustee notifies the U.S. Trustee and the Court in writing or rejection of the appointment within seven (7) days of receipt of this notice, the Trustee shall be deemed to have accepted the appointment. Unless creditors elect another Trustee at the meeting of creditors, the Interim Trustee appointed herein will serve as the Trustee.<br><br>Mark H Weber, Assistant U.S. Trustee |

## Refer to Other Side for Important Deadlines and Notices