Chapter 7
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

DEMETRIUS BERTRAND DICKERSON SR,

                Debtors.

Bankruptcy No. 12-11284

Chapter 7

DEBTOR'S EX PARTE MOTION TO REOPEN CASE

COMES NOW Demetrius Bertrand Dickerson Sr, the Chapter 7 Debtor, by and through his attorney, Christina L Henry and Henry & DeGraaff P.S., moves the court for an *EX PARTE* Order reopening the Debtor's case.

Local Rule 5010-1(b) states that a Trustee or Debtor may move to reopen the case *ex parte* provided no substantive relief is sought *ex parte*. The chapter 7 trustee previously entered a report of no distribution, and no claims bar date was set. The Debtor is seeking to reopen his case for the purpose of filing a violation of the discharge motion against Merchants Credit Corporation. The motion for violation of the bankruptcy discharge injunction is being separately noted for hearing and served on the party in interest. No trustee need be appointed as there are still no assets to administer.

/ /

DEBTORS' EX PARTE MOTION TO REOPEN CASE - 1

**HENRY & DEGRAAFF, PS**
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

WHEREFORE the Debtors respectfully asks that the court enter an Ex Parte Order reopening this chapter 7 bankruptcy, case number 12-11284.

DATED this 25th day of June 2018.

          HENRY & DEGRAAFF, P.S.

          By: */s/ Christina L Henry*
               Christina L Henry, WSBA #31273
               Attorneys for the Debtor

DEBTORS' EX PARTE MOTION TO REOPEN CASE - 2

HENRY & DEGRAAFF, PS
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609

Case 12-11284-MLB    Doc 14    Filed 06/25/18    Ent. 06/25/18 11:28:31    Pg. 2 of 2