Entered on Docket June 26, 2018

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**The Clerk's office may re-close the case after resolution of the matter for which the case was re-opened.**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

IN RE:

DEMETRIUS BERTRAND DICKERSON SR,

    Debtors

Bankruptcy No.12-11284

Chapter 7

*EX PARTE* ORDER GRANTING DEBTOR'S MOTION TO REOPEN CASE

    THIS MATTER came before this Court upon Debtor's *Ex Parte* Motion to reopen under Local Rule of Bankruptcy Procedure 5010-1 to allow for the filing of a Motion for Violation of the Discharge Injuction

    ORDERED that Bankruptcy Case No. 12-11284- MLB is reopened.

///END OF ORDER///

Presented by:

HENRY & DEGRAAFF, P.S.

*/s/ Christina L Henry*
Christina L Henry, WSBA 31273

EX PARTE ORDER GRANTING DEBTORS' MOTION TO REOPEN CASE - 3

**HENRY & DEGRAAFF, PS**
150 NICKERSON ST, STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax 1 (206) 400-7609