## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON AT MARYSVILLE

| | |
|---|---|
| In re: | Bankruptcy No. 12-11284-MLB |
| Demetrius Bertrand Dickerson, Sr., | Chapter 7 |
| Debtor. | NOTICE OF WITHDRAWAL AND SUBSTITUITON OF COUNSEL |

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that Andrew Gebelt of the Law Office of Andrew Gebelt

withdraws as counsel and that Christina Henry of Henry & DeGraff, PS is hereby substituted as

counsel for Debtor, Demetrius Bertrand Dickerson, Sr.

You are requested to serve all further pleadings, other than process, at the following address:

Henry & DeGraff, PS, 150 Nickerson St., Suite 311., Seattle, WA 98109.

Dated June 25, 2018

Withdrawing Attorney:                                    Substituting Attorney:

Andrew Gebelt                                            Christina Henry
WSBA #32235                                              WSBA #31273

WITHDRAWAL AND SUBSTITUTION- 1

**HENRY & DEGRAFF, PS**
150 NICKERSON ST., SUITE 311
SEATTLE, WASHINGTON 98109
telephone (206)-330-0595
fax 1 (206) 400-7609