The Honorable Marc Barreca<br>
Chapter 7<br>
Hearing Date: November 8, 2018<br>
Hearing Time: 9:30 AM<br>
Hearing Location: US Courthouse /Seattle, WA<br>
Response Date: November 5, 2018

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>DEMETRIUS BERTAND DICKERSON SR,<br><br>Debtor. | Case No.: 12-11284- MLB<br><br>Chapter: 7<br><br>NOTICE PRESENTATION OF ORDER |

The above-named Debtor, Demetrius Bertrand Dickerson Sr., by and through the undersigned counsel, respectfully presents an order regarding the partial findings and conclusions of law made on the record at the hearing on Motion for Sanctions for Discharge Violations held on October 18, 2018 at 9:30 am. The proposed order is attached hereto as Exhibit A.

DATED this October 23, 2018.

HENRY & DEGRAAFF, PS

By: /s/ Christina L. Henry
Christina L. Henry, WSBA# 31273
150 Nickerson St, Ste 311
Seattle, WA 98109
Tel# 206-330-0595
Fax# 206-400-7609
chenry@hdm-legal.com

NOTICE OF HEARING ON PRESENTATION OF ORDER - 1

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 63    Filed 10/23/18    Ent. 10/23/18 15:47:41    Pg. 1 of 2

# CERTIFICATE OF SERVICE

I, Christina L Henry, declare under penalty of perjury as follows:

1. I am over the age of eighteen years, a citizen of the United States, not a party herein, and am competent to testify to the facts set forth in this Declaration.

2. That on October 23, 2018, I caused the foregoing document attached to this Certificate of Service along with attached exhibit upon the following individuals via CM/ECF:

James E. Dickmeyer on behalf of Creditor Merchants Credit Corporation jim@jdlaw.net, jim.dickmeyer@gmail.com

Marc Rosenberg on behalf of Creditor Merchants Credit Corporation mr@leesmart.com

Christina L Henry on behalf of Debtor Demetrius Bertrand Dickerson, Sr mainline@hdm-legal.com, HenryDeGraaffPS@jubileebk.net

James Rigby rigbylaw@aol.com, jr@trustesolutions.com; jr@trustesolutions.net; patti@liveslaw.com

United States Trustee USTPRegion18.SE.ECF@usdoj.gov

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Dated this October 23, 2018, at Seattle, Washington.

                               */s/ Christina L Henry*
                               Christina L Henry

NOTICE OF HEARING ON PRESENTATION OF ORDER - 2

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 63    Filed 10/23/18    Ent. 10/23/18 15:47:41    Pg. 2 of 2