**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No.: 12-11284-MLB |
| | Chapter: 7 |
| DEMETRIUS BERTRAND DICKERSON SR, | |
| Debtor. | ORDER GRANTING MOTION FOR ORDER ALLOWING SUPPLEMENTAL BRIEF *NUNC PRO TUNC* |

THIS MATTER having come before the court on the Motion for Order Allowing Supplemental Brief *Nunc Pro Tunc* (the "Motion") to allow more than the 12 pages allowed for a motion under Local Rule 9013-1(d)(1)(C), the Court having reviewed the Motion, all evidence submitted in support of an in opposition to the Motion and the records and files in this bankruptcy proceedings, it is now, therefore,

ORDERED the Supplemental Brief filed on September 24, 2018, Dkt No. 34 is allowed *Nunc Pro Tunc*.

/// End of Order ///

ORDER GRANTING MOTION FOR ORDER ALLOWING
SUPPLEMENTAL BRIEF *NUNC PRO TUNC* - 1

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | Presented by: |
| 6 | HENRY & DeGRAAFF, P.S. |
| 7 | By: <u>*/s/ Christina L. Henry*</u><br>Christina L. Henry, WSBA #31273 |
| 8 | Attorney for the Debtor<br>150 Nickerson St, Ste 311 |
| 9 | Seattle, WA 98109<br>Tel# 206-330-0595 |
| 10 | Fax# 206-400-7609<br>chenry@hdm-legal.com |
| 11 | |
| 12 | LEE SMART, PS |
| 13 | By: <u> */s Marc Rosenberg*   </u> |
| 14 | Marc Rosenberg, WSBA# 31034<br>Of Counsel for Merchants Credit Corporation |
| 15 | 1800 One Convention Place<br>701 Pike Street |
| 16 | Seattle, WA 98101 |
| 17 | Tel# (206) 262-8308<br>mr@leesmart.com |

ORDER GRANTING MOTION FOR ORDER ALLOWING
SUPPLEMENTAL BRIEF *NUNC PRO TUNC* - 2

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609