**Below is the Order of the Court.**



**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No.: 12-11284-MLB |
| | Chapter: 7 |
| DEMETRIUS BERTRAND DICKERSON SR, | |
| | ORDER RE DISCHARGE VIOLATION |
| Debtor. | |

THIS MATTER having come before the court on the Debtor's Motion for Sanctions for Discharge Violation (the "Motion"). The Court has reviewed the Motion, supplemental briefing, all evidence submitted in support of and in opposition to the Motion, and the records and files in this bankruptcy proceeding. Specifically, the Court considered the pleadings and evidence appearing at Docket Nos. 24, 25, 26, 27, 28, 29, 30, 31, 32, 34, 35, 37, 38, 40, 57, and 58. At the hearing on October 18, 2018, the court made partial rulings on the record. Now, therefore, it is hereby ORDERED that:

1. The Court finds that a violation of the discharge injunction did occur.

ORDER REGARDING DISCHARGE
VIOLATION- 1

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

2. An evidentiary hearing to determine whether sanctions should be imposed has been scheduled by separate order.

3. The initial evidentiary hearing will be limited to issues relevant to whether sanctions should be imposed for the above-referenced discharge injunction violation. A separate evidentiary hearing on damages will be set at a later date if necessary.

/// End of Order ///

Presented by:

HENRY & DeGRAAFF, P.S.

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA #31273
Attorney for the Debtor
150 Nickerson St, Ste 311
Seattle, WA 98109
Tel# 206-330-0595
Fax# 206-400-7609
chenry@hdm-legal.com

ORDER REGARDING DISCHARGE VIOLATION- 2

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 69    Filed 11/09/18    Ent. 11/09/18 14:06:27    Pg. 2 of 2