**Below is the Order of the Court.**

**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No.: 12-11284 |
| | Chapter 7 |
| DEMETRIUS BERTRAND DICKERSON, SR., | ORDER DENYING THE MOTION TO QUASH AND FOR PROTECTIVE ORDER |
| Debtors. | |

On November 16, 2018, pursuant to Pursuant to Fed.R.Civ.P. 26(c)(1) and Western District LCR 26(c)(1), as made applicable by Fed.R.Bank.P. 7026 and 7028-7037, and LBR 7026-1, Demetrius Dickerson Sr.'s ("Debtor") Motion to Motion to Quash Subpoena and for a Protective Order, (Dkt 70), came before the court with oral argument from counsel. The court, having considered the pleadings and the exhibits filed by the parties, having reviewed the court file, and otherwise having been advised, it is hereby ORDERED that:

Debtor's Motion to Quash Subpoena and for a Protective Order is DENIED for failure to hold a discovery conference prior to the motion, as required by Fed.R.Civ.P. 26(c)(1).

// END OF ORDER //

ORDERORDER DENYING THE MOTION TO QUASH AND FOR PROTECTIVE ORDER - 1
6447368.doc

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Presented by:

LEE SMART, P.S., INC.

s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorney for Merchants Credit Corporation

1800 Once Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leemart.com


HENRY & DEGRAAFF, PS

s/ Christina L Henry
Christina L Henry, WSBA No. 31273
Attorney for Debtor and Shirley Dickerson
150 Nickerson St.
Ste 311
Seattle, WA 98109
(206) 330-0595
chenry@hdm-legal.com

ORDERORDER DENYING THE MOTION TO QUASH
AND FOR PROTECTIVE ORDER - 2
6447368.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944