UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | Case No. 12-11284 |
| DEMETRIUS BERTRAND DICKERSON, SR., | MERCHANTS CREDIT CORPORATION'S DECLARATION PURSUANT TO FED.R.EVID. 803(6) AND 902(11) BY SCOTT WISWALL |
| Debtor. | |

Merchants Credit Corporation ("Merchants"), by and through the signature of its corporate representative, Scott Wiswall, hereby certifies that the documents attached hereto, which are available for review, and are listed below:

(A) Were made at or near the time by - or from information transmitted by - someone with knowledge;

(B) Were kept in the course of Merchants regularly conducted activity as a lawfully licensed collection agency; and

(C) The making or receiving of these business records was a regular practice for Merchants in the course of its business.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED in Redmond, Washington this 21st day of November, 2018.

Scott Wiswall, on behalf of
Merchants Credit Corporation

MERCHANTS CREDIT CORPORATION'S
DECLARATION PURSUANT TO FED.R.EVID. 803(6)
AND 902(11) BY SCOTT WISWALL - 1
Dickerson - Business Records Wiswall

**LEE·SMART**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB   Doc 83   Filed 11/21/18   Ent. 11/21/18 14:18:47   Pg. 1 of 3

# **INDEX**

| NUMBER | DATE | |
|--------|------|---|
| 1 | N/A | Collection Notes |
| 2 | 7-2-2007 | Copy of Marriage Record for Shirely Jerine Toliver to Demetrius Bertrand obtained from Washington State Archives |
| 3 | 11-6-2009 | Summons and Complaint for *Merchants Credit Corporation vs. Shirley Dickerson Shirley AKA Bowen*, King County District Court, Case No. 93-17172. |
| 4 | 1-7-2010 | Motion, Affidavit and Order for Default Judgment |
| 5 | 7-2-2010 | Judgment and Order to Pay |
| 6 | 12-13-2010 | Judgment and Order to Pay |
| 7 | 8-5-2011 | Release of Writ of Garnishment |
| 8 | 1-26-2012 | Writ of Garnishment for Continuing Lien on Earnings |
| 9 | 2-22-2012 | Release of Writ of Garnishment |
| 10 | 3-8-2012 | Release of Writ of Garnishment |
| 11 | N/A | Cover, Index, and Photographs of Notebooks of Approved Policies and Work Instructions |
| 12 | 4-18-2018 | Application for Garnishment |
| 13 | 4-30-2018 | Transcript of Recorded Call between Shirley Dickerson and Merchants |
| 14 | 5-1-2018 | Transcript of Recorded Call between Shirley Dickerson and Merchants |
| 15 | 5-1-2018 | Internal email within Merchants regarding the status of Shirley Dickerson's debt. |
| 16 | 5-3-2018 | Transcript of Recorded Call between Shirley Dickerson and Merchants |
| 17 | 5-8-2018 | Transcript of Recorded Call between Shirley Dickerson and Merchants |
| 18 | 5-10-2018 | Transcript of Recorded Call between Shirley Dickerson and Merchants |
| 19 | 5-18-2018 | Transcript of Recorded Call between Shirley Dickerson and Merchants |
| 20 | 6-8-2018 | Letter from Christina Henry to Merchant's Bank advising of the Bankruptcy Discharge Violation. |
| 21 | 9-1-2018 | Invoice from Jim Dickmeyer to Merchant's for services rendered. |
| 22 | 9-21-2018 | Merchants Credit's Release of Writ of Garnishment |

MERCHANTS CREDIT CORPORATION'S
DECLARATION PURSUANT TO FED.R.EVID. 803(6)
AND 902(11) BY SCOTT WISWALL - 2
Dickerson - Business Records Wiswall

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 83    Filed 11/21/18    Ent. 11/21/18 14:18:47    Pg. 2 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

Christina L. Henry      chenry@hdm-legal.com

James E. Dickmeyer      jim@jdlaw.net

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 21st day of November, 2018.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for
Merchants Credit Corporation

MERCHANTS CREDIT CORPORATION'S
DECLARATION PURSUANT TO FED.R.EVID. 803(6)
AND 902(11) BY SCOTT WISWALL - 3
Dickerson - Business Records Wiswall

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944