Hon. Marc Barreca
Chapter 7
Hearing Location: US Courthouse / Seattle, WA
Evidentiary Hearing Date: December 13, 2018

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | Case No. 12-11284 |
| DEMETRIUS BERTRAND DICKERSON, SR., | MERCHANTS CREDIT CORPORATION'S DECLARATION PURSUANT TO FED.R.EVID. 803(6) AND 902(11) BY JASON WOEHLER |
| Debtor. | |

Merchants Credit Corporation ("Merchants"), by and through the signature of its attorney, Jason Woehler, hereby certifies that the documents attached hereto, which are available for review, and are listed below:

(A) Were made at or near the time by - or from information transmitted by - someone with knowledge;

(B) Were kept in the course of Merchants regularly conducted activity as a lawfully licensed collection agency; and

(C) The making or receiving of these business records was a regular practice for Merchants in the course of its business.

I declare under the penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED in Redmond, Washington this 21st day of November, 2018.

_____
Jason Woehler, on behalf of
Merchants Credit Corporation

MERCHANTS CREDIT CORPORATION'S
DECLARATION PURSUANT TO FED.R.EVID. 803(6)
AND 902(11) BY JASON WOEHLER - 1
Dickerson - Business Records Woehler

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 84    Filed 11/21/18    Ent. 11/21/18 14:19:46    Pg. 1 of 3

# INDEX

| NUMBER | DATE | |
|---|---|---|
| 1 | 5-3-2018 | Internal email within Merchants, from Downs to Woehler, regarding the status of Shirley Dickerson's debt. |
| 2 | 6-4-2018 to 8-31-2018 | Copy of Jason Woehler's Outlook Calendar for June 2018 through August 2018. |
| 3 | 7-26-2018 | Internal email within Merchants, from Arrasmith to Woehler, regarding the status of Shirley Dickerson's debt |
| 4 | 7-26-2018 | Internal email within Merchants, with multiple persons, regarding the status of Shirley Dickerson's debt. |
| 5 | 8-3-2018 | Email between Woehler and Dickmeyer requesting Dickmeyer's assistance in the matter. |
| 6 | 8-9-2018 | Email between Woehler and Dickmeyer authorizing Dickmeyer take steps to resolve the matter. |
| 7 | 8-21-2018 | Email from Woehler to Dickmeyer asking if Dickmeyer has contacted Christina Henry. |
| 8 | 8-21-2018 | Email from Dickmeyer to Woehler regarding Dickemeyer's communications with attorney Henry. |
| 9 | 8-29-2018 | Internal email within Merchants, with multiple persons, regarding the status of Shirley Dickerson's debt. |
| 10 | 9-7-2018 | E-mail between Dickmeyer and various persons at Merchants regarding 2012 email exchange related to status of Dickerson's debt. |

MERCHANTS CREDIT CORPORATION'S
DECLARATION PURSUANT TO FED.R.EVID. 803(6)
AND 902(11) BY JASON WOEHLER - 2
6449357.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 84    Filed 11/21/18    Ent. 11/21/18 14:19:46    Pg. 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Christina L. Henry | chenry@hdm-legal.com |
| James E. Dickmeyer | jim@jdlaw.net |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DATED this 21st day of November, 2018.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for
Merchants Credit Corporation

MERCHANTS CREDIT CORPORATION'S DECLARATION PURSUANT TO FED.R.EVID. 803(6) AND 902(11) BY JASON WOEHLER - 3
6449357.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 84    Filed 11/21/18    Ent. 11/21/18 14:19:46    Pg. 3 of 3