UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>DEMETRIUS BERTRAND DICKERSON SR,<br><br>Debtor. | Case No.: 12-11284-MLB<br><br>Chapter: 7<br><br>DEBTOR'S WITNESS AND EXHIBIT LIST |

The Chapter 7 Debtor, Demetrius Bertrand Dickerson, ("Debtor") hereby submits its non-expert witnesses and exhibit list pursuant the Court's Notice of Evidentiary Hearing and Order Setting Deadlines, Dkt. No. 61.

**I.     Non-Expert Witnesses**

1.     Jason Woehler (In House Counsel for Merchants Credit)
c/o Marc Rosenberg
180 One Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leesmart.com

DEBTOR'S WITNESS AND EXHIBIT LIST - 1

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 89    Filed 12/07/18    Ent. 12/07/18 18:59:11    Pg. 1 of 7

2. Merchants Credit Corporation's Rule 30(b)(6) Witness
c/o Marc Rosenberg
180 One Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leesmart.com

3. Alex Sandoval (Compliance Officer for Merchants Credit)
c/o Marc Rosenberg
180 One Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leesmart.com

4. Carol Taylor (Operations Manager for Merchants Credit)
c/o Marc Rosenberg
180 One Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leesmart.com

5. Debtors may also call rebuttal witnesses that do not have to identified at this time.

II. **EXHIBIT LIST**

| Number | Exhibit | Date |
|---|---|---|
| D1 | Merchants Credit Collection Notes | N/A |
| D2 | Copy of the Dickerson's King County Marriage Record | 7/2/2007 |
| D3 | Summons and Complaint, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 11/6/2009 |
| D4 | Motion, Affidavit and Order for Default Judgment, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 1/7/2010 |
| D5 | Writ of Garnishment of Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 2/26/2010 |
| D6 | First Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 3/22/2010 |

DEBTOR'S WITNESS AND EXHIBIT LIST - 2

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 89    Filed 12/07/18    Ent. 12/07/18 18:59:11    Pg. 2 of 7

| | | |
|---|---|---|
| D7 | Second Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 6/14/2010 |
| D8 | Judgment and Order to Pay, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 7/2/2010 |
| D9 | Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/27/2010 |
| D10 | Second Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 11/17/2010 |
| D11 | Judgment and Order to Pay, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 12/13/2010 |
| D12 | First Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 2/22/2011 |
| D13 | Second Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 5/06/2011 |
| D14 | Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 7/06/2011 |
| D15 | First Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 7/29/2011 |
| D16 | Release of Writ of Garnishment, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/5/2011 |
| D17 | Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 1/26/2012 |
| D18 | First Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 2/8/2012 |
| D19 | Release of Writ of Garnishment, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 3/8/2012 |

DEBTOR'S WITNESS AND EXHIBIT LIST - 3

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 89    Filed 12/07/18    Ent. 12/07/18 18:59:11    Pg. 3 of 7

| | | | |
|---|---|---|---|
| 1 2 | D20 | King County District Court Notice of Pending Dismissal for Inactivity, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 10/01/2015 |
| 3 4 | D21 | Application for Writ of Garnishment, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 4/18/2018 |
| 5 6 | D22 | First Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 5/11/2018 |
| 7 8 | D23 | First Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 5/16/2018 |
| 9 10 11 | D24 | Second Answer to Writ of Garnishment for Continuing Lien on Earnings, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 6/29/2018 |
| 12 13 | D25 | Merchants Credits' Application for Judgment on Answer and Order to Pay, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/9/2018 |
| 14 15 | D26 | Merchants Credits' Certification of Garnishment Costs, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/9/2018 |
| 16 17 | D27 | Merchants Credit's Declaration of Service of Writ of Garnishment by Certified Mail, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/9/2018 |
| 18 19 | D28 | Merchants Credit's Judgment and Order to Pay (signed order), Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/9/2018 |
| 20 21 | D29 | Merchants Credit Military Status Declaration, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 8/9/2018 |
| 22 23 | D30 | Merchants Credit's Release of Writ of Garnishment, Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 (certified copy) | 9/21/2018 |
| 24 | D31 | King County District Court Docket regarding Merchants Credit Corporation v. Shirley Dickerson AKA Bowen, King County District Court, Case No. 93-17172 | 12/7/2018 |
| 25 26 | D32 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0199 20180430) | 4/30/2018 |
| | D33 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0799 20180503) | 5/3/2018 |

DEBTOR'S WITNESS AND EXHIBIT LIST - 4

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

| | | |
|---|---|---|
| D34 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1099 20180510 | 5/10/2018 |
| D35 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0599_20180501_170722_001411_i_2067241586_4256432613_0) | 5/1/2018 |
| D36 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0999_20180508_154947_001327_i_2067241586_4256432613_1) | 5/1/2018 |
| D37 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1599_20180518_134809_001414_i_2067241586_4256432613_0) | 5/18/2018 |
| D38 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1199_20180514_171013_000655_i_2067241586_4256432613_0) | 5/14/2018 |
| D39 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0699_20180502_082136_000547_i_2067241586_4256432613_0) | 5/2/2018 |
| D40 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1299_20180515_170753_000549_i_2067241586_4256432613_0) | 5/15/2018 |
| D41 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0499_20180501_153101_000059_i_2067241586_4256432613_140) | 5/1/2018 |
| D42 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1399_20180516_090025_000228_i_2067241586_4256432613_0) | 5/16/2018 |
| D43 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1499_20180516_154713_001249_i_2067241586_4256432613_0) | 5/16/2018 |
| D44 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1699_20180521_080003_000351_i_2067241586_4256432613_0) | 5/21/2018 |
| D45 | Chapter 7 Bankruptcy Petition for Demetrius Bertrand Dickerson, Case No. 12-11284-MLB, Dkt No. 1 | 2/12/2012 |
| D46 | Chapter 7 Bankruptcy 341 Meeting of Creditor Notice (with BNC mailing) for Demetrius Bertrand Dickerson, Case No. 12-11284-MLB, Dkt No. 9 | |
| D47 | Chapter 7 Bankruptcy Discharge of Demetrius Bertrand Dickerson (with BNC mailing), Case No. 12-11284-MLB, Dkt No. 13 | 6/14/2012 |
| D48 | Motion for Sanctions for Violation of the Discharge Injunction, Case No. 12-11284-MLB, Dkt No. 24 | 7/25/2018 |

DEBTOR'S WITNESS AND EXHIBIT LIST - 5

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 89    Filed 12/07/18    Ent. 12/07/18 18:59:11    Pg. 5 of 7

| D49 | Email to Jason Woehler re Subpoena re Motion for Discharge Violation with Subpoena with Exhibit A attached | 7/30/218 |
|---|---|---|
| D50 | Email to Jason Woehler re Subpoena re Motion for Discharge Violation with Letter attached | 8/1/2018 |
| D51 | Email correspondence with Jason Woehler re Deposition date | 8/1/2018 |
| D52 | Email to Jason Woehler rerevised Subpoena re Motion for Discharge Violation with Subpoena with Exhibit A and Exhibit B attached | 8/2/2018 |
| D53 | Fax Sent to Merchants Credit Corporation, Letter from Andrew Gebelt re Discharge dated 8/1/2012 | 4/3/2018 |
| D54 | Merchants Credit Collection Notes | N/A |
| D55 | Fax from Shirley Dickerson to David Fagan at Merchants Credit Corporation | 5/14/2018 |
| D56 | Letter from Christina L Henry to David Quigley at Merchants Credit Re Discharge Violation | 6/8/2018 |
| D57 | Merchants Credits' Policies and Procedures regarding Garnishment and Bankruptcy | N/A |
| D58 | Pacer Search | N/A |
| D59 | Internal Merchants Credit Email from Cassandra Downs to Jason Woheler | 5/3/2018 |
| D60 | Copy of Jason Woehler's Outlook Calendar for June 2018 through August 2018. | 6/4/2018 to 8/31/2018 |
| D61 | Internal Merchants Credit Email from Danielle Arrasmith to Jason Woheler | 7/26/2018 |
| D62 | Internal Merchants Email correspondence between Danielle Arrasmith and Jason Woehler | 7/26/2018 |
| D63 | Internal Merchants Email correspondence between Jason Woehler and James Dickmeyer | 8/3/2018 |
| D64 | Internal Merchants Email correspondence between Jason Woehler and James Dickmeyer | 8/21/2018 |
| D65 | Internal Merchants Email correspondence between Jason Woehler and James Dickmeyer | 8/21/2018 |
| D66 | Internal Merchants Email correspondence regarding release of garnishment | 8/29/2018 |
| D67 | Internal Merchants Email correspondence between Danielle Arrasmith and Jason Woehler | 5/1/2018 |
| D68 | Invoice from Jim Dickmeyer to Merchants for services rendered | 9/1/2018 |

Respectfully submitted this 7th day of December 2018.

*/s/ Christina L. Henry*
Christina L. Henry, WSBA # 31273
Henry & DeGraaff, PS
150 Nickerson St., Ste. 311
Seattle, WA 98109
Tel# 206-330-0595 / Fax# 206-400-7609
chenry@hdm-legal.com

DEBTOR'S WITNESS AND EXHIBIT LIST - 6

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 89    Filed 12/07/18    Ent. 12/07/18 18:59:11    Pg. 6 of 7

# CERTIFICATE OF SERVICE

I, Christina L Henry, declare under penalty of perjury as follows:

1. I am over the age of eighteen years, a citizen of the United States, not a party herein, and am competent to testify to the facts set forth in this Declaration.

2. That on December 7, 2018, I caused the foregoing document attached to this Certificate of Service along with attached exhibits upon the following individuals via CM/ECF:

James E. Dickmeyer on behalf of Creditor Merchants Credit Corporation jim@jdlaw.net, jim.dickmeyer@gmail.com

Marc Rosenberg on behalf of Creditor Merchants Credit Corporation mr@leesmart.com

Christina L Henry on behalf of Debtor Demetrius Bertrand Dickerson, Sr mainline@hdm-legal.com, HenryDeGraaffPS@jubileebk.net

James Rigby rigbylaw@aol.com, jr@trustesolutions.com; jr@trustesolutions.net; patti@liveslaw.com

United States Trustee USTPRegion18.SE.ECF@usdoj.gov

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Dated this December 7, 2018, at Seattle, Washington.

/s/ _Christina L Henry_____
Christina L Henry

DEBTOR'S WITNESS AND EXHIBIT LIST - 7

HENRY & DeGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 89    Filed 12/07/18    Ent. 12/07/18 18:59:11    Pg. 7 of 7