**Below is the Order of the Court.**

Marc Barreca
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re: | Case No. 12-11284 |
| DEMETRIUS BERTRAND DICKERSON, SR., | ORDER ON MERCHANT CREDIT CORPORATION'S MOTIONS IN LIMINE |
| Debtor. | |

This matter came before the court on the Motions in Limine filed by Merchants Credit Corporation ("Merchants"). The court, having considered the pleadings and the exhibits filed by the parties, reviewed the court file, and after hearing oral argument on December 13, 2018, the Court hereby GRANTS, DENIES, AND/OR RESERVES on these motions as follows.

1. The Debtor stipulates that evidence of Jason Woehler's personal bankruptcy will not be elicited at the hearing. The Court otherwise GRANTS Merchants' first motion in limine. The evidence sought to be elicited by the Debtor does not fit the exceptions in FRE 404(b)(2), and therefore the Debtor, his attorney, and his witnesses, may not interrogate concerning, or attempt to convey information regarding *Brandt v. Columbia Credit Servs.*, Western District of

ORDER ON MERCHANT CREDIT CORPORATION'S
MOTIONS IN LIMINE - 1
Dickerson - MIL Order with edits.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle ·WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 100    Filed 12/20/18    Ent. 12/20/18 11:42:30    Pg. 1 of 2

| | |
|---|---|
| 1 | Washington, Case No. 17-cv-703-RSM. However, specific facts in the *Brandt* case may be used |
| 2 | for impeachment purposes only during the evidentiary hearing on liability. |
| 3 |     2.    The Court GRANTS Merchants second motion in limine. Witnesses at the |
| 4 | hearing on liability are limited to Merchants' owners, officers, supervisors, and/or employees. |
| 5 |     3.    The Court RESERVES on Merchants' third motion in limine. Presentation of |
| 6 | evidence related to damages is subject to objection if any such evidence is elicited by Debtor. |

// END OF ORDER //

Presented by:

LEE SMART, P.S., INC.
s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorney for Merchants Credit Corporation

1800 Once Convention Place
701 Pike Street
Seattle, WA 98101
(206) 624-7990
mr@leemart.com

HENRY & DEGRAAFF, PS

By: s/ Christina L Henry
Christina L Henry, WSBA No. 31273
Attorney for Debtor and Shirley Dickerson
150 Nickerson St.
Ste 311
Seattle, WA 98109
(206) 330-0595
chenry@hdm-legal.com

ORDER ON MERCHANT CREDIT CORPORATION'S
MOTIONS IN LIMINE - 2
Dickerson - MIL Order with edits.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944