**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>DEMETRIUS BERTRAND DICKERSON, SR.,<br><br>Debtor | Case No: 12-11284-MLB<br><br>ORDER DENYING<br>MOTION FOR SANCTIONS FOR<br>DISCHARGE VIOLATION |

THIS MATTER came before the Court for an evidentiary hearing on December 13, 2018 on the Debtor's Motion for Sanctions for Discharge Violation (Dkt. No. 24).

On January 18, 2019 the Court entered written Findings of Fact and Conclusions of Law (Dkt. No. 102) which the Court hereby incorporates by reference pursuant to FRBP 7052 and for the reasons stated therein, it is hereby

Order Denying Motion for Sanctions- 1

**JAMES E. DICKMEYER, PC**
121 Third Avenue PO Box 908
Kirkland, Washington 98083-0908
(425) 889-2324

ORDERED the Debtor's Motion for Sanctions for Discharge Violation (Dkt. No. 24) is DENIED.

/// End of Order ///

Presented By:

James E. Dickmeyer, PC

By */s/ James E. Dickmeyer*
   James E. Dickmeyer  WSBA #14318
   121 Third Avenue   PO Box 908
   Kirkland WA 98083-0908
   (425) 889-2324
   Attorney for Merchants Credit Corporation

Approved as to Form:

HENRY & DEGRAAFF, PS

By */s/ Christina L Henry*
   Christina L Henry, WSBA #31273
   150 Nickerson St, Ste 311
   Seattle, WA 98109
   (206) 330-0595
   Attorney for the Debtor

Order Denying Motion for Sanctions- 2

**JAMES E. DICKMEYER, PC**
121 Third Avenue PO Box 908
Kirkland, Washington 98083-0908
(425) 889-2324

Case 12-11284-MLB    Doc 104    Filed 01/25/19    Ent. 01/25/19 13:12:44    Pg. 2 of 2