UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Dist. Ct. No: 2:19-cv-00143-TSZ |
| | Internal Bankruptcy No. 19-S002 |
| DEMETRIUS BERTRAND DICKERSON, SR, | Related Case: No.: 12-11284- MLB |
| Debtor. | Chapter: 7 |
| DEMETRIUS BERTRAND DICKERSON, SR, | APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT |
| Appellant, | |
| v. | |
| MERCHANTS CREDIT CORPORATION, | |
| Appellee. | |

## I. Designation of Record

Appellant Demetrius Bertrand Dickerson, SR, pursuant to Federal Rule of Bankruptcy Procedure 8009(a), hereby designates the following items to be included in the record on appeal.

| Dkt No. / Tr. Ex. | Name of Document | Date |
|---|---|---|
| 1 | Chapter 7 Voluntary Petition | 2/12/2012 |
| 8 | 341 Meeting of Creditors Notice | 2/13/2012 |
| 12 | Discharge of Debtor | 6/12/2012 |
| 13 | BNC Certificate of Mailing – Order of Discharge | 6/14/2012 |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT - 1

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB    Doc 107    Filed 02/12/19    Ent. 02/12/19 10:12:35    Pg. 1 of 7

| | | |
|---|---|---|
| 16 | Ex Pate Order Granting Debtor's Motion to Reopen Case | 16 |
| 18 | Motion for Sanctions for Violation of the Discharge Injunction | 07/24/2018 |
| 24 | Motion for Sanctions for Violation of the Discharge Injunction | 7/25/2018 |
| 25 | Declaration of Demetrius Bertrand Dickerson Sr in Support of Motion for Sanctions | 7/25/2018 |
| 26 | Declaration of Shirley Dickerson in Support of Motion for Sanctions | 7/25/2018 |
| 27 | Declaration of Christina L Henry in Support of Motion for Sanctions | 7/25/2018 |
| 28 | Statement Request for Judicial Notice | 7/25/2018 |
| 29 | Proof of Service | 7/29/2018 |
| 30 | Supplemental Declaration of Demetrius Bertrand Dickerson, Sr | 8/27/2018 |
| 31 | Proof of Service Supplemental Declaration of Demetrius Dickerson Sr. | 8/27/2018 |
| 32 | Notice of Amended/Continued Hearing on Motion for Sanctions for Discharge Violation | 8/29/20185 |
| 34 | Supplemental Brief in Support of Sanctions for Discharge Violation | 9/24/2018 |
| 35 | Supplemental Declaration in Support of Supplemental Brief | 9/24/2018 |
| 37 | Response to Motion for Sanctions for Violation of the Discharge Injunction. | 10/11/2018 |
| 38 | Declaration of Scott Wiswall | 10/11/2018 |
| 40 | Supplemental Filing of Exhibit A (6) to Substitute for Dkt 35-7. | 10/11/2018 |
| 51 | Supplemental Filing of Redacted Exhibit 35-7 as in Order entered at Dkt No. 49 | 10/12/2018 |
| 57 | Supplemental Fling of Exhibit A(17) to replace Exhibit 35-18 | 10/15/2018 |
| 58 | Reply in Support of Debtor's Motion for Sanctions | 10/15/2018 |
| 64 | Order Granting Motion for Order Allowing Supplemental Brief Nunc Pro Tunc | 10/25/2018 |
| 66 | Transcript of Hearing held on 10/18/2018 | 11/08/2018 |
| 69 | Order re Discharge Violation | 11/09/2018 |
| 88 | Brief for Evidentiary Hearing | 12/07/2018 |
| 92 | Motion in Limine | 12/10/2018 |
| 94 | Response to Motion in Limine | 12/12/2018 |
| 95 | Reply to Motion in Limine | 12/12/2018 |
| 100 | Order on Merchant Credit Corporation's Motion in Limine | 12/20/2018 |
| 102 | Findings of Fact and Conclusions of Law Following Evidentiary Hearing | 01/18/2019 |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT - 2

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB    Doc 107    Filed 02/12/19    Ent. 02/12/19 10:12:35    Pg. 2 of 7

| 101 | Transcript of Hearing Held 12/13/2018 | 01/17/2019 |
|---|---|---|
| 104 | Order Denying Motion for Sanctions for Discharge Violation | 01/25/2019 |
| Tr. Ex. D36 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0999_20180508_154947_001327_i_2067241586_4256432613_1) | 5/1/2018 |
| Tr. Ex. D38 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1199_20180514_171013_000655_i_2067241586_4256432613_0) | 5/14/2018 |
| Tr. Ex. D39 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0699_20180502_082136_000547_i_2067241586_4256432613_0) | 5/2/2018 |
| Tr. Ex. D40 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1299_20180515_170753_000549_i_2067241586_4256432613_0) | 5/2/2018 |
| Tr. Ex. D41 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (0499_20180501_153101_000059_i_2067241586_4256432613_14 0) | 5/1/2018 |
| Tr. Ex. D42 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1399_20180516_090025_000228_i_2067241586_4256432613_0) | 5/16/2018 |
| Tr. Ex. D43 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1499_20180516_154713_001249_i_2067241586_4256432613_0) | 5/16/2018 |
| Tr. Ex. D44 | Transcript of Recorded Call between Shirley Dickerson and Merchants Credit (1699_20180521_080003_000351_i_2067241586_4256432613_0) | 5/21/2018 |
| Tr. Ex. D45 | Chapter 7 Bankruptcy Petition for Demetrius Bertrand Dickerson, Case No. 12-11284-MLB, Dkt No. 1 | 2/12/2012 |
| Tr. Ex. D48 | Motion for Sanctions for Violation of the Discharge Injunction, Case No. 12-11284-MLB, Dkt No. 24 | 7/25/2018 |
| Tr. Ex. D49 | Email to Jason Woehler re Subpoena re Motion for Discharge Violation with Subpoena with Exhibit A attached | 7/30/2018 |
| Tr. Ex. D50 | Email to Jason Woehler re Subpoena re Motion for Discharge Violation with Letter attached | 8/1/2018 |
| Tr. Ex. D51 | Email correspondence with Jason Woehler re Deposition date | 8/1/2018 |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT - 3

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB    Doc 107    Filed 02/12/19    Ent. 02/12/19 10:12:35    Pg. 3 of 7

| Tr. Ex. D52 | Email to Jason Woehler rerevised Subpoena re Motion for Discharge Violation with Subpoena with Exhibit A and Exhibit B attached | 8/2/2018 |
|---|---|---|
| Tr. Ex. D53 | Fax Sent to Merchants Credit Corporation, Letter from Andrew Gebelt re Discharge dated 8/1/2012 | 4/3/2018 |
| Tr. Ex. D55 | Fax from Shirley Dickerson to David Fagan at Merchants Credit Corporation | 5/14/2018 |
| Tr. Ex. D56 | Letter from Christina L Henry to David Quigley at Merchants Credit Re Discharge Violation | 6/8/2018 |
| Tr. Ex. D57 | Merchants Credits' Policies and Procedures regarding Garnishment and Bankruptcy | N/A |
| Tr. Ex. D58 | Pacer Search | N/A |
| Tr. Ex. X1 | Collection Notes | |
| Tr. Ex. X2 | Cop of the Dickerson's Marriage Record Obtained from Washington State Archives | |
| Tr. Ex. X3 | Pleadings for Merchants Credit Corporation vs. Shirley Dickerson Shirley AKA Bowen, King County District Court, Case No. 93-17172 | |
| Tr. Ex. X4 | Motion Affidavit and Order for Default Judgment | |
| Tr. Ex. X5 | Judgment and Order to Pay | |
| Tr. Ex. X6 | Judgment and Order to Pay | |
| Tr. Ex. X7 | Release of Writ of Garnishment | |
| Tr. Ex. X8 | Writ of Garnishment for Continuing Lien on Earnings | |
| Tr. Ex. X9 | Release of Writ of Garnishment | |
| Tr. Ex. X10 | Release of Writ of Garnishment | |
| Tr. Ex. X11 | Cover, Index, and Photographs of Notebooks of Approved Policies and Work Instructions | |
| Tr. Ex. X12 | Application for Garnishment | |
| Tr. Ex. X13 | Transcript of Recorded Call between Shirley Dickerson and Merchants | |
| Tr. Ex. X14 | Transcript of Recorded Call between Shirley Dickerson and Merchants regarding the debt in question being incurred prior to her marriage to Demetrius Dickerson. | |
| Tr. Ex. X15 | Internal email within Merchants regarding the status of Shirley Dickerson's debt. | |
| Tr. Ex. X16 | Transcript of Recorded Call between Shirley Dickerson and Merchants | |
| Tr. Ex. X17 | Internal email within Merchants regarding the status of Shirley Dickerson's debt. | |
| Tr. Ex. X18 | Transcript of Recorded Call between Shirley Dickerson and Merchants regarding Ms. Dickerson claiming she had never been served. | |
| Tr. Ex. X19 | Transcript of Recorded Call between Shirley Dickerson and Merchants | |

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT - 4

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB    Doc 107    Filed 02/12/19    Ent. 02/12/19 10:12:35    Pg. 4 of 7

| | |
|---|---|
| Tr. Ex. X20 | Transcript of Recorded Call between Shirley Dickerson and Merchants regarding not agreeing with Jason Woehler's review of her file. |
| Tr. Ex. X21 | Copy of Jason Woehler's Outlook Calendar for June 2018 through August 2018. |
| Tr. Ex. X22 | Letter from Christina Henry to Merchants. |
| Tr. Ex. X23 | Internal email within Merchants regarding the status of Shirley Dickerson's debt |
| Tr. Ex. X24 | Internal email within Merchants regarding the status of Shirley Dickerson's debt |
| Tr. Ex. X25 | Email from Jason Woehler to James Dickmeyer indicating belief that Merchant's acted in the good faith belief that the debts in question were not discharged. |
| Tr. Ex. X26 | Email from Jason Woehler to James Dickmeyer with copies of Merchants Credit collection notes for Shirley Dickerson's account, and authorizing Mr. Dickmeyer take steps to resolve the matter. |
| Tr. Ex. X27 | Email from Jason Woehler to James Dickmeyer asking if Mr. Dickmeyer has contacted Christina Henry. |
| Tr. Ex. X28 | Email from James Dickmeyer to Jason Woehler regarding his phone call with Christina Henry, Shirley Dickerson's attorney. |
| Tr. Ex. X29 | Merchants Credit's Release of Writ of Garnishment |
| Tr. Ex. X30 | Internal email within Merchants regarding the status of Shirley Dickerson's debt |
| Tr. Ex. X31 | Invoice from Jim Dickmeyer to Merchant's for services rendered. |
| Tr. Ex. X32 | E-mail from Jim Dickmeyer to Jason Woehler at Merchant's after review of a 2012 email exchange related to status Shirley Dickerson's debt. |
| | US Bankruptcy Court, Western District of Washington - Bankruptcy Docket – Case# 12-11284-MLB |

## II. ISSUES TO BE PRESENTED ON APPEAL

Appellant Demetrius Bertrand Dickerson, Sr, pursuant to Federal Rule of Bankruptcy Procedure 8009(a) hereby states the issues to be presented on appeal:

1. Where Merchants Credit Corporation ("Merchants") was found to have violated the discharge injunction, whether the bankruptcy court erred when it did not sanction Merchants

APPELLANT'S DESIGNATION OF RECORD AND
STATEMENT OF ISSUES ON APPEAL FROM
BANKRUTPCY COURT - 5

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB    Doc 107    Filed 02/12/19    Ent. 02/12/19 10:12:35    Pg. 5 of 7

for contempt pursuant to 11 U.S.C. sec. 105, finding that Merchants acted with a good-faith belief that the discharge injunction did not apply.

      2.      Whether the bankruptcy court erred in following *Lorenzen v. Taggart* (*In re Taggart*), 888 F.3d 438, 443 (9th Cir. 2018), cert. granted, 2019 WL 98543, 2019 U.S. LEXIS 1 (Jan. 4, 2019) that is currently on appeal with the U.S. Supreme Court, where *Taggart's* holding did not cover the actions of entities other than individual actors.

      3.      To the extent that *Taggart* remains valid law and covers the conduct at issue: Whether the bankruptcy court erred by considering the subjective testimony of individual employees and others at Merchants in determining whether the corporate entity (Merchants) possessed a "good-faith belief" that its actions did not violate the discharge injunction.

      4.      Whether the bankruptcy court erred by holding that it was possible for a corporate entity to possess a subjective "good-faith belief" at all, as a corporation cannot be said to possess any mental state at all.

      5.      Whether the bankruptcy court erred by declining to issue inherent sanctions against Merchants for its actions in violating the discharge injunction, in part by shifting the burden to the Debtor to prove the mental state of a corporate entity.

      6.      To the extent Taggart applies <u>and </u>a corporate entity may have subjective beliefs for purposes of section 105, the bankruptcy court erred in excluding evidence of debt collection law violations committed by Merchants' attorney and witness Jason Woehler.

Dated this 12th of February 2019

*/s/ Christina L. Henry*
Christina L Henry, WSBA #31273
Henry & DeGraaff, PS
150 Nickerson St, Ste 311
Seattle, WA 98109
Tel# (206) 330-0595/ Fax# (206)400-7609
chenry@hdm-legal.com

/s/ Jason Anderson
Jason Anderson, WSBA #38014
Anderson Santiago, PLLC
787 Maynard Ave S
Seattle, WA 98104-2987
Tel# (206) 395-2665
jason@alkc.net

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT - 6

**HENRY & DEGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB   Doc 107   Filed 02/12/19   Ent. 02/12/19 10:12:35   Pg. 6 of 7

# CERTIFICATE OF SERVICE

I, Christina L Henry, declare under penalty of perjury as follows:

1. I am over the age of eighteen years, a citizen of the United States, not a party herein, and am competent to testify to the facts set forth in this Declaration.

2. That on February 12, 2019 I caused the foregoing document attached to this Certificate of Service along with attached exhibits upon the following individuals via CM/ECF:

James E. Dickmeyer on behalf of Creditor Merchants Credit Corporation jim@jdlaw.net, jim.dickmeyer@gmail.com

Marc Rosenberg on behalf of Creditor Merchants Credit Corporation mr@leesmart.com

Christina L Henry on behalf of Debtor Demetrius Bertrand Dickerson, Sr mainline@hdm-legal.com, HenryDeGraaffPS@jubileebk.net

Jason D Anderson on behalf of Debtor Demetrius Bertrand Dickerson, Sr jason@alkc.net

Gregory J Jalbert on behalf of Interested Party Courtesy NEF gregoryjalbert@gmail.com, r43861@notify.bestcase.com

James Rigby rigbylaw@aol.com, jr@trustesolutions.com; jr@trustesolutions.net; patti@liveslaw.com

United States Trustee USTPRegion18.SE.ECF@usdoj.gov

I CERTIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING STATEMENT IS BOTH TRUE AND CORRECT.

Dated this February 12, 2019, at Seattle, Washington.

/s/ _Christina L Henry_____
Christina L Henry

APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES ON APPEAL FROM BANKRUTPCY COURT - 7

HENRY & DEGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595

Case 12-11284-MLB    Doc 107    Filed 02/12/19    Ent. 02/12/19 10:12:35    Pg. 7 of 7