Hon. Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| DEMETRIUS BERTRAND DICKERSON, SR., Appellant, vs. MERCHANTS CREDIT CORPORATION, Appellee. | District Court No. 2:19-cv-00143-TSZ<br><br>Bankruptcy/Adversary No 19-S002<br><br>Related Case: No.: 12-11284- MLB<br><br>APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD |
|---|---|

Pursuant to Fed.R.Bankr.P. 8009(a)(2), appellee Merchants Credit Corporation ("Merchants"), designates the following additional items to be included in the record on appeal

## I. ADDITIONAL DESIGNATION OF RECORD

| Dkt #<br>Tr. Ex. | Name of Document | Date |
|---|---|---|
| 17 | Withdrawal and Substitution of Attorney | 06/26/18 |
| 50 | Response to Motion for Order Permitting Supplemental Briefing Nunc Pro Tunc | 10/12/18 |
| 64 | Order Allowing Brief Nunc Pro Tunc | 10/25/18 |
| 85 | Notice of Expert Witness Disclosures | 11/21/18 |
| 87 | Witness & Exhibit Summary for Evidentiary Hearing | 12/07/18 |

APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD - 1
2:19-cv-00143-TSZ Bankruptcy/Adversary No 19-S002
6481916.doc

LEE · SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 108    Filed 02/21/19    Ent. 02/21/19 10:52:43    Pg. 1 of 4

## II. APPELLEES' ALTERNATE STATEMENT OF ISSUES ON APPEAL

Merchants hereby restates the issues to be presented on appeal as follows:

1. Whether the bankruptcy court correctly denied the debtor's motion to award sanctions, under the great weight of applicable legal authority, where substantial evidence in the record supported the following points:

   a. Merchants Operations Manager, Carol Taylor, provided unrebutted testimony that Merchants relied on advice of a former long-time outside attorney, who provided inaccurate information on whether a non-debtor spouse's wages can be garnished to recover a pre-marital individual debt; and where such understanding was also shared by the debtor's first attorney who communicated with Merchants and agreed to such garnishment;

   b. Merchants Compliance Officer, Alex Sandoval, provided unrebutted testimony that almost all written policies used by Merchants were taken from model policies prepared by a leading trade organizations for collection agencies, which provide an industry standard, none of the policies address the highly unusual situation that occurred here, and Merchants has adopted a new policy that will prevent what occurred in this case from occurring again;

   c. Merchants Collection Manager, Scott Wiswall, provided evidence from collection notes, correspondence, telephone call transcripts and its prior counsel's advice from 2012 that, when Merchants issued the Writ of Garnishment in 2018, the individuals in the company acted under a good faith belief that they were not violating the discharge injunction.

   d. Merchants current in-house counsel, Jason Woehler, provided testimony that debtor's counsel did not send her demand letter to him directly, despite their having prior cases together and her knowledge of his email address and phone

APPELLEE'S DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD - 2
2:19-cv-00143-TSZ Bankruptcy/Adversary No 19-S002
6481916.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 108    Filed 02/21/19    Ent. 02/21/19 10:52:43    Pg. 2 of 4

number; that only a snail-mail letter was sent to an officer of the company, that Mr. Woehler was out of town for a couple of weeks when the letter arrived, that, if it had been directed to him, he did not recall receiving it; that when the motion for sanctions was filed without further follow up or warning, Merchants immediately retained an outside attorney to handle the specialized bankruptcy matter, and that Merchants released the garnishment after the outside bankruptcy attorney indicated it was appropriate to do so.

2. Whether it is always the debtor's initial burden to show, not just that a discharge injunction was violated, but that the creditor was aware that its actions would violate the discharge injunction.

3. Whether the bankruptcy court properly determined the company's good-faith belief through the testimony of the company's officers, where a company can only act through such individuals. And, if a court cannot determine good faith by the testimony of its officers, then whether a court can ever determine a company's intentions regarding a violation, so that a debtor can never show an intentional violation of the discharge injunction.

DATED this 21st day of February, 2019.

LEE SMART, P.S., INC.

By: /s Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for
Merchants Credit Corporation
1800 One Convention Place
701 Pike St.
Seattle, WA 98101-3929
(206) 624-7990
mr@leesmart.com

APPELLEE'S DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD - 3
2:19-cv-00143-TSZ Bankruptcy/Adversary No 19-S002
6481916.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 108    Filed 02/21/19    Ent. 02/21/19 10:52:43    Pg. 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on the date provided at the signature below, I electronically filed the preceding document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individual(s):

| | |
|---|---|
| Ms. Christina Henry | chenry@hdm-legal.com |
| Mr. Jason D. Anderson | jason@alkc.net |
| James E. Dickmeyer | jim@jdlaw.net |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 21st day of February, 2019.

LEE SMART, P.S., INC.

By: s/ Marc Rosenberg
Marc Rosenberg, WSBA No. 31034
Of Attorneys for
Merchants Credit Corporation

1800 One Convention Place
701 Pike Street
Seattle, WA 98101
(206) 262-8308
mr@leesmart.com

APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD - 4
2:19-cv-00143-TSZ Bankruptcy/Adversary No 19-S002
6481916.doc

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

Case 12-11284-MLB    Doc 108    Filed 02/21/19    Ent. 02/21/19 10:52:43    Pg. 4 of 4