**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE: | Case No.: 12-11284-MLB |
| DEMETRIUS BERTRAND DICKERSON SR, | Chapter: 7 |
| Debtor. | ORDER GRANTING MOTION FOR SANCTIONS FOR DISCHARGE VIOLATION AND DENYING INHERENT AUTHORITY SANCTIONS AFTER REMAND |

THIS MATTER having come before the court on the Debtor's Motion for Sanctions for Discharge Violation (the "Motion") and after having considered the trial record in accordance with the District Court's remand set forth in the Order Affirming in Part/Reversing in Part Decision of Bankruptcy Court and corresponding Judgment, entered October 11, 2019 (Docket. Nos. 114 and 115) in this case, and the supplemental briefing of counsel and proposed findings of fact and conclusions of law of counsel appearing at Docket Nos. 122, 123, 124, and 125 and having made findings of fact and conclusions of law on the record on February 6, 2020 under

ORDER GRANTING MOTION FOR SANCTIONS FOR DISCHARGE VIOLATION AND DENYING INHERENT AUTHORITY SANCTIONS AFTER REMAND- 1

HENRY & DeGRAAFF, P.S.
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Federal Rules of Bankruptcy Procedure 7052, it is ORDERED that the findings of fact in the Findings of Fact and Conclusions of Law entered on January 18, 2019 (Dkt No. 102) remain the findings of fact for the case. Additionally, at the hearing on February 6, 2020, the court made rulings on the record. Now, therefore, it is hereby ORDERED that:

1. The Debtor's motion for sanctions for violation of the discharge injunction under 11 U.S.C. § 105 is GRANTED.

2. The existing order regarding inherent sanctions remains unchanged and is DENIED.

3. A one-day evidentiary hearing as to the debtor's alleged damages ~~is set for May 7, 2020 with the court to issue a case schedule~~ will be set by separate scheduling order.

/// End of Order ///

Presented by:

HENRY & DeGRAAFF, P.S.

By: _/s/ Christina L Henry_____
Christina L. Henry, WSBA #31273
Attorney for the Debtor
150 Nickerson St, Ste 311
Seattle, WA 98109
Tel# 206-330-0595 / Fax# 206-400-7609
*chenry@hdm-legal.com*


Approved as to Form:

LEE SMART, P.S., INC.

By: */s/ Marc Rosenberg_____*
Marc Rosenberg, WSBA #31034
Attorney for Merchants Credit Corporation
1800 One Convention Place
701 Pike Street
Seattle, WA 98101
Tel# 206-262-8308
*mr@leesmart.com*

ORDER GRANTING MOTION FOR SANCTIONS FOR DISCHARGE VIOLATION AND DENYING INHERENT AUTHORITY SANCTIONS AFTER REMAND- 2

**HENRY & DeGRAAFF, P.S.**
150 NICKERSON ST. STE 311
SEATTLE, WASHINGTON 98109
telephone (206) 330-0595
fax (206) 400-7609

Case 12-11284-MLB    Doc 128    Filed 02/13/20    Ent. 02/13/20 12:06:44    Pg. 2 of 2